# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| AMERICA'S HEALTH & RESOURCE CENTER, LTD., an Illinois corporation, and AFFILIATED HEALTH GROUP, LTD., an Illinois corporation, individually and as the representatives of a class of similarly-situated persons, | ) ) ) ) ) ) ) |  |
|  | ) ) | Case No. 16-cv-4539 |
| Plaintiffs, | ) ) | Judge Thomas M. Durkin |
| v. | ) ) |  |
| ALCON LABORATORIES, INC., NOVARTIS PHARMACEUTICALS CORPORATION, and JOHN DOES 1-12 | ) ) ) ) |  |
| Defendants. | ) |  |

## SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiffs America's Health & Resource Center, Ltd. ("America's Health") and Affiliated Health Group, Ltd. ("Affiliated") (together, "Plaintiffs"), bring this action on behalf of themselves and all other persons similarly situated and, except for those allegations pertaining to Plaintiffs or their attorneys, which are based upon personal knowledge, allege the following upon information and belief against defendants Alcon Laboratories, Inc. ("Alcon"), Novartis Pharmaceuticals Corporation ("Novartis"), and John Does 1-12 (collectively "Defendants"):

## PRELIMINARY STATEMENT

1.      Defendants have sent advertisements by facsimile in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the regulations the Federal Communications Commission ("FCC") has prescribed thereunder, 47 C.F.R.

§ 64.1200 (collectively, the "TCPA").

2.     Defendants sent Plaintiffs at least 5 advertisements by facsimile and in violation of the TCPA. Exhibits A-E.

3.     Plaintiffs bring this action on behalf of themselves and a class of all similarly-situated persons, and against Defendants, seeking statutory damages for each violation of the TCPA, trebling of the statutory damages, injunctive relief, compensation and attorney fees (under the conversion count), and all other relief the Court deems appropriate under the circumstances.

4.     Unsolicited faxes cause damage to their recipients. A junk fax recipient loses the use of its fax machine, paper, and ink toner. Unsolicited faxes tie up the telephone lines, prevent fax machines from receiving authorized faxes, prevent their use for authorized outgoing faxes, cause undue wear and tear on the recipients' fax machines, and require additional labor to attempt to discern the source and purpose of the unsolicited message. Moreover, a junk fax interrupts the recipient's privacy. An unsolicited fax wastes the recipient's valuable time that would have been spent on something else.

## PARTIES, JURISDICTION, AND VENUE

5.     Plaintiff America's Health is an Illinois corporation with its principal place of business in Cook County, Illinois.

6.     Plaintiff Affiliated is an Illinois corporation with its principal place of business in Cook County, Illinois.

7.     On information and belief, Alcon is a Delaware corporation with its

principal place of business in Fort Worth, Texas.

8.    On information and belief, Novartis is a Delaware corporation with its principal place of business in Hanover, New Jersey.

9.    The John Doe Defendants 1-12 are persons yet unknown to Plaintiffs that actively participated in the transmission of fax advertisements to the class, or benefitted from those transmissions.

10.   The Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 47 U.S.C. § 227.

11.   Personal jurisdiction exists over Defendants in Illinois because they have transacted business and committed tortious acts within the State.

12.   Venue is proper in the Northern District of Illinois because Defendants committed statutory torts within this District and a significant portion of the events took place here.

## FACTS

13.   Defendants sent advertisements by facsimile to Plaintiffs and a class of similarly-situated persons. Whether Defendants did so directly or with the assistance of a third party, Defendants are directly liable for violating the TCPA.

14.   Plaintiffs received at least 5 of Defendants' advertisements by facsimile. Plaintiffs intend to discover the number of other Defendants' advertisements sent to Plaintiffs by fax during this litigation.

15.   True and correct copies of the faxes Plaintiffs received are attached as exhibits: Exhibit A (dated 1/14/2016); Exhibit B (dated 1/26/2015 but received

1/26/2016); Exhibit C (dated 11/20/2015); Exhibit D (dated 11/19/2015); and Exhibit E (dated 1/28/2016).

16.     Exhibit A is a four-page document advertising "Ilevro" eye drops from "Alcon" "a Novartis company."

17.     Exhibits B, C, and D are each four-page documents advertising "Ciprodex" eye drops from "Alcon" "a Novartis company."

18.     Exhibit E is a four-page document advertising "Pazeo" eye drops from "Alcon" "a Novartis company.".

19.     Each of the faxes attached as Exhibits A, B, C, D and E promotes the commercial availability or quality of Defendants' property, goods, or services. Each provides information about the benefits of these medications, instructions for using them, and methods for contacting Defendants to receive discounts and samples.

20.     Exhibits A, B, C, D, and E each state, "From: Alcon."

21.     Exhibits A, B, C, D, and E each contain language claiming Novartis's copyright in the advertisement form. Exhibit A states in fine print at the bottom of the first page, "© 2016 Novartis 10/15 US-ILV-15-B-0363a." Exhibits B, C and D each state in fine print at the bottom of the first page, "© 2015 Novartis 07/15 CDX15027FX-C." Exhibit D states in fine print at the bottom of the first page, "© 2015 Novartis 08/15 PAZ15082FAX."

22.     Plaintiff America's Health did not expressly invite or give permission to anyone to send Exhibits A, B, C, D, or E. These 5 faxes were printed using America's Health's paper and toner and wasted the time of its employees.

23.     Plaintiff Affiliate did not expressly invite or give permission to anyone to send Exhibits A, B, C, D, or E. These 5 faxes were received on Affiliated's fax machine, at Affiliated's fax number and telephone line.

24.     On information and belief, Defendants sent advertisements by facsimile to Plaintiffs and more than 39 other persons in violation of the TCPA.

25.     Plaintiffs and the other class members owe no obligation to protect their fax machines from Defendants or to avoid their receipt of unsolicited advertisements. Their fax machines are ready to send and receive their urgent communications, or private communications about patients' medical needs, not to receive Defendants' unlawful advertisements.

## CLASS ACTION ALLEGATIONS

26.     Plaintiffs bring this action as a class action on behalf of themselves and all others similarly situated as members of a class, initially defined as follows:

> Each person that was sent one or more telephone facsimile messages promoting the commercial availability or quality of property, goods, or services offered by "Alcon" or "Novartis," but not stating on the first page that the fax recipient may make a request to the sender not to send any future ads and that failure to comply, within 30 days, with such a request is unlawful.

Plaintiffs expressly reserve the right to modify the proposed class definition or propose subclasses.

27.     Excluded from the class are Defendants, any entity in which Defendants have a controlling interest, each of Defendants' officers, directors, legal representatives, heirs, successors, and assigns, and any Judge assigned to this action, including his or her immediate family.

28.     On information and belief, Defendants' fax advertising campaigns involved other, substantially-similar advertisements also sent without the opt-out notice required by the TCPA. Plaintiffs intend to locate those advertisements in discovery.

29.     This action is brought and may properly be maintained as a class action pursuant to Fed. R. Civ. P. 23. This action satisfies Rule 23 (a)'s numerosity, commonality, typicality, adequacy requirements. Additionally, prosecution of Plaintiffs' claims separately from the putative class's claims would create a risk of inconsistent or varying adjudications under Rule 23 (b) (1) (A). Furthermore, the questions of law or fact that are common in this action predominate over any individual questions of law or fact making class representation the superior method to adjudicate this controversy under Rule 23 (b) (3).

30.     **Numerosity/impracticality of joinder.** On information and belief, the class consists of more than 39 persons and, thus, is so numerous that individual joinder of each member is impracticable. The precise number of class members and their identities are unknown to Plaintiffs, but will be obtained from Defendants' records or the records of third parties.

31.     **Commonality and predominance.** There is a well-defined community of interest and common questions of law and fact that predominate over any questions affecting only individual members of the class. These common legal and factual questions, which do not vary from one class member to another, and which may be determined without reference to the individual circumstances of any class member,

include, but are not limited to the following:

      a.    Whether Defendants sent advertisements by facsimile promoting the commercial availability or quality of property, goods, or services;

      b.    Whether Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E or other yet-to-be-discovered facsimiles advertised the commercial availability or quality of either Defendant's property, goods or services;

      c.    The manner and method Defendants used to compile or obtain the lists of fax numbers to which they sent the faxes contained in Exhibits A, B, C, D, E and other fax advertisements;

      d.    Whether the first page of Defendants' fax advertisements displayed an opt-out notice as required by the TCPA;

      e.    Whether each Defendant is primarily liable for violating the TCPA;

      f.    Whether Plaintiffs and the other class members are entitled to statutory damages;

      g.    If the Court finds that Defendant(s) willfully or knowingly violated the TCPA, whether the Court should exercise its discretion to increase the amount of the statutory damages award to an amount equal to not more than 3 times the amount;

      h.    Whether the Court should enjoin Defendants from faxing advertisements in the future; and

i.  Whether Defendants' conduct as alleged herein constituted conversion.

32.  **Typicality of claims.** Plaintiffs' claims are typical of the claims of the other class members, because Plaintiffs and all class members were injured by the same wrongful practices. Plaintiffs and the members of the class received Defendants' advertisements by facsimile and those advertisements did not contain an opt-out notice as required by the TCPA. Under the facts of this case, because the focus is upon Defendants' conduct, if either or both of Plaintiffs prevails on its or their claims, then the putative class members will prevail as well.

33.  **Adequacy of representation.** Plaintiffs are adequate representatives of the class because their interests do not conflict with the interests of the class it seeks to represent. Plaintiffs have retained counsel competent and experienced in complex class action litigation, and TCPA litigation in particular, and Plaintiffs intend to vigorously prosecute this action. Plaintiffs and their counsel will fairly and adequately protect the interest of members of the class.

34.  **Prosecution of separate claims would yield inconsistent results.** Even though the questions of fact and law in this action are predominantly common to Plaintiffs and the putative class members, separate adjudication of each class member's claims would yield inconsistent and varying adjudications. Such inconsistent rulings would create incompatible standards for Defendants to operate under if or when class members bring additional lawsuits concerning the same unsolicited fax advertisements of if Defendants choose to advertise by fax again in

the future.

35. **A class action is the superior method of adjudicating the common questions of law or fact that predominate over individual questions.** A class action is superior to other available methods for the fair and efficient adjudication of this lawsuit, because individual litigation of the claims of all class members is economically unfeasible and procedurally impracticable. The likelihood of individual class members prosecuting separate claims is remote, and even if every class member could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases. Plaintiffs know of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action. Relief concerning Plaintiffs' rights under the laws herein alleged and with respect to the class would be proper. Plaintiffs envision no difficulty in the management of this action as a class action.

## COUNT I
## TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227

36. Plaintiffs incorporate the preceding paragraphs as though fully set forth herein.

37. Plaintiffs bring Count I on behalf of themselves and a class of similarly situated persons against Defendants.

38. The TCPA prohibits the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine…." 47 U.S.C. § 227 (b) (1).

39. The TCPA defines "unsolicited advertisement," as "any material

9

advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's express invitation or permission." 47 U.S.C. § 227 (a) (4).

40.    The TCPA provides a private right of action as follows:

> 3.    Private right of action. A person may, if otherwise permitted by the laws or rules of court of a state, bring in an appropriate court of that state:
>
> (A)    An action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
>
> (B)    An action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or
>
> (C)    Both such actions.

47 U.S.C. § 227 (b) (3).

41.    The Court, in its discretion, may treble the statutory damages if a violation was knowing or willful. 47 U.S.C. § 227 (b) (3).

42.    Here, Defendants violated 47 U.S.C. § 227 (b) (1) (C) by sending advertisements by facsimile (such as Exhibits A, B, C, D and E) to Plaintiffs and the other class members without first obtaining their prior express invitation or permission.

43.    The TCPA requires that every advertisement sent by facsimile must include an opt-out notice clearly and conspicuously displayed on the bottom of its first page. 47 C.F.R. § 64.1200 (a) (4).

44.    None of Exhibits A, B, C, D or E contains the clear and conspicuous

opt-out notice required by the TCPA. Each states in tiny print, "To have your fax number removed from our database, call this toll-free number 1-888-681-5252, enter document number 700271 and follow the prompts, or fax 1-888-248-5116."

45. Defendants failed to include a clear and conspicuous opt-out notice on each of their fax advertisements. Instead, Defendants' notices are in tiny print, hidden in or beneath other text. *E.g.,* Exhibit A; Exhibit B.

46. None of Exhibits A, B, C, D or E provides all of the information the TCPA requires for a compliant opt-out notice. Each fails to state on the advertisement's first page that the recipient may make a request to the sender not to send any future advertisement by facsimile and that the sender's failure to comply within 30 days is unlawful.

47. Defendants violated the TCPA by failing to state on the first page of each fax advertisement that their failure to comply with an opt-out request within 30 days would be unlawful. *E.g.,* Exhibit A; Exhibit B.

48. None of Defendants' faxes identifies the requirements for an opt-out request.

49. Facsimile advertising imposes burdens on recipients that are distinct from the burdens imposed by other types of advertising. The required opt-out notice provides recipients the necessary information to opt-out of future fax transmissions, including a notice that the sender's failure to comply with the opt-out request will be unlawful. 47 C.F.R. § 64.1200 (a) (4).

50. Defendants' failure to include a compliant opt-out notice on their fax

advertisements makes irrelevant any express consent or established business relationship ("EBR") that otherwise might have justified Defendants' fax advertising campaign(s). 47 C.F.R. § 64.1200 (a) (4).

51.     The TCPA is a strict liability statute and Defendants are liable to Plaintiffs and the other class members even if their actions were negligent. 47 U.S.C. § 227 (b) (3).

52.     Even if Defendants did not intend to injure Plaintiffs and the other class members, did not intend to violate their privacy, and did not intend to waste their valuable materials or time, those facts are irrelevant because the TCPA is a strict liability statute.

53.     If Defendants' actions were knowing or willful, then the Court has the discretion to increase the statutory damages up to 3 times the amount. 47 U.S.C. § 227 (b) (3).

54.     Each Defendant is liable for the fax advertisements at issue because it sent the faxes, caused the faxes to be sent, participated in the activity giving rise to or constituting the violation, the faxes were sent on its behalf, or under general principles of vicarious liability, including actual authority, apparent authority and ratification.

55.     Defendants knew or should have known that Plaintiffs and the other class members had not given express invitation or permission for Defendants or anybody else to fax advertisements about Defendants' property, goods, or services, that Plaintiffs and the other class members did not have an established business

relationship with Defendants, that Exhibits A, B, C, D and E are advertisements, and that they did not display the opt-out notices required by the TCPA.

56.     Defendants' actions damaged Plaintiffs and the other class members. Receiving Defendants' junk faxes caused recipients like America's Health to lose paper and toner consumed in the printing of Defendants' faxes. The subject faxes used Plaintiffs' and the class's fax machines and occupied Affiliated's fax line. The subject faxes cost Plaintiffs time, as America's Health and its employees wasted their time receiving, reviewing and routing Defendants' illegal faxes. That time otherwise would have been spent on Plaintiffs' business activities. Defendants' faxes unlawfully interrupted Plaintiffs' and the other class members' privacy interests in being left alone. Finally, the injury and property damage sustained by Plaintiffs and the other class members from the sending of unlawful fax advertisements occurred outside Defendants' premises.

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, demand judgment in their favor and against Defendants, jointly and severally as follows:

A.     That the Court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiffs as the representatives of the class, and appoint Plaintiffs' counsel as counsel for the class;

B.     That the Court award $500.00 in statutory damages for each violation of the TCPA or the FCC's regulations;

C.     That, if it finds Defendant(s) willfully or knowingly violated the

TCPA's faxing prohibitions or the FCC's regulations prescribed thereunder, the Court exercise its discretion to increase the amount of the statutory damages award to an amount equal to not more than 3 times the amount.

D.    That the Court enter an injunction prohibiting Defendants from engaging in the statutory violations at issue in this action; and

E.    That the Court award costs and such further relief as the Court may deem just and proper.

## COUNT II
## CONVERSION

57.    Plaintiffs incorporate by reference all preceding paragraphs as though fully set forth herein.

58.    Plaintiffs bring Count II on behalf of itself and a class of similarly situated persons and against Defendants.

59.    By sending advertisements to their fax machines, Defendants improperly and unlawfully converted the class's fax machines to Defendants' own use. Where printed (as in Plaintiffs' case), Defendants also improperly and unlawfully converted the class members' paper and toner to Defendants' own use. Defendants also converted Plaintiffs' time to Defendants' own use, as they did with the valuable time of the other class members.

60.    Immediately prior to the sending of the unsolicited faxes, Plaintiffs and the other class members each owned an unqualified and immediate right to possession of their fax machines, paper, toner, and employee time.

61.    By sending them unsolicited faxes, Defendants permanently

misappropriated the class members' fax machines, toner, paper, and employee time to their own use. Such misappropriation was wrongful and without authorization.

62. Defendants knew or should have known that their misappropriation of paper, toner, and employee time was wrongful and without authorization.

63. Plaintiffs and the other class members were deprived of the use of the fax machines, fax lines, paper, toner, and employee time, which could no longer be used for any other purpose. Plaintiffs and each class member thereby suffered damages as a result of their receipt of unsolicited fax advertisements from Defendants.

64. Each of Defendants' unsolicited faxes effectively stole America's Health's time as its employees received, reviewed, and routed Defendants' unlawful faxes. Defendants knew or should have known that time is valuable, particularly at medical facilities.

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, demand judgment in their favor and against Defendants, jointly and severally as follows:

A. That the Court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiffs as the representatives of the class, and appoint Plaintiffs' counsel as counsel for the class;

B. That the Court award appropriate damages;

C. That the Court award punitive damages;

D. That the Court award attorney's fees;

E. That the Court award costs of suit; and

F. That the Court award such further relief as it may deem just and proper under the circumstances.

Respectfully submitted,

AMERICA'S HEALTH & RESOURCE CENTER, LTD., an Illinois corporation, and AFFILIATED HEALTH GROUP, LTD., an Illinois corporation, individually and as the representatives of a class of similarly-situated persons

By: /s/ Phillip A. Bock

Phillip A. Bock
Tod A. Lewis
David M. Oppenheim
James M. Smith
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St,, Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
Facsimile: 312-658-5555

# EXHIBIT A

**To:** Douglas Kaplan

**Fax #:** (847) 390-0001          **From:** Alcon

**Date:** January 14, 2016          **Pages:** 4



# ILEVRO®
## (nepafenac ophthalmic suspension) 0.3%

---

## Re: Fax-Back for an Opportunity to Request Savings Cards*

### Dear Dr. Kaplan

## ILEVRO® Suspension:
## The only **prodrug NSAID** formulated for **once-daily post-op use**

Available in
3 mL fill size

- ILEVRO® Suspension requires two-thirds fewer post-op doses compared to NEVANAC® (nepafenac ophthalmic suspension) 0.1%[1,2]

- One drop of ILEVRO® Suspension should be applied to the affected eye one-time-daily beginning 1 day prior to cataract surgery, continued on the day of surgery and through the first 2 weeks of the postoperative period. An additional drop should be administered 30 to 120 minutes prior to surgery[1]

- $c_{max}$ and AUC in aqueous humor approximately 2-fold higher than NEVANAC® Suspension after a single dose[3]

# POTENCY PRECISELY WHERE YOU NEED IT



**INDICATIONS AND USAGE**
ILEVRO® Suspension is a nonsteroidal, anti-inflammatory prodrug indicated for the treatment of pain and inflammation associated with cataract surgery.

**Dosage and Administration**
One drop of ILEVRO® Suspension should be applied to the affected eye one-time-daily beginning 1 day prior to cataract surgery, continued on the day of surgery and through the first 2 weeks of the postoperative period. An additional drop should be administered 30 to 120 minutes prior to surgery.

**IMPORTANT SAFETY INFORMATION**
**Contraindications**
ILEVRO® Suspension is contraindicated in patients with previously demonstrated hypersensitivity to any of the ingredients in the formula or to other NSAIDs.

**Warnings and Precautions**
- Increased Bleeding Time – With some nonsteroidal anti-inflammatory drugs including ILEVRO® Suspension there exists the potential for increased bleeding time. Ocularly applied nonsteroidal anti-inflammatory drugs may cause increased bleeding of ocular tissues (including hyphema) in conjunction with ocular surgery.
- Delayed Healing – Topical nonsteroidal anti-inflammatory drugs (NSAIDs) including ILEVRO® Suspension may slow or delay healing. Concomitant use of topical NSAIDs and topical steroids may increase the potential for healing problems.
- Corneal Effects – Use of topical NSAIDs may result in keratitis. In some patients, continued use of topical NSAIDs may result

in epithelial breakdown, corneal thinning, corneal erosion, corneal ulceration or corneal perforation. These events may be sight threatening. Patients with evidence of corneal epithelial breakdown should immediately discontinue use of ILEVRO® Suspension.

Patients with complicated ocular surgeries, corneal denervation, corneal epithelial defects, diabetes mellitus, ocular surface diseases (e.g., dry eye syndrome), rheumatoid arthritis, or repeat ocular surgeries within a short period of time may be at increased risk for corneal adverse events which may become sight threatening. Topical NSAIDs should be used with caution in these patients.

Use more than 1 day prior to surgery or use beyond 14 days post-surgery may increase patient risk and severity of corneal adverse events.

- Contact Lens Wear – ILEVRO® Suspension should not be administered while using contact lenses.

**Adverse Reactions**
The most frequently reported ocular adverse reactions following cataract surgery occurring in approximately 5 to 10% of patients were capsular opacity, decreased visual acuity, foreign body sensation, increased intraocular pressure, and sticky sensation.

**For additional information about ILEVRO® Suspension, please refer to the accompanying full Prescribing Information.**

*This offer is not valid for patients who are enrolled in Medicare Part D, Medicaid, Medigap, VA, DOD, Tricare, or any other government-run or government-sponsored healthcare program with a pharmacy benefit. See savings cards for complete terms and conditions.

**References:** 1. ILEVRO® Suspension prescribing information. 2. NEVANAC® Suspension prescribing information. 3. Data on file.

## Simply fill out and fax back the completed request form accompanying this letter for an opportunity to request savings cards.*

---



a Novartis company          © 2015 Novartis    10/15    US-ILV-15-E-0363a

To have your fax number removed from our database, call this toll-free number 1-888-681-5252, enter document number 700271 and follow the prompts, or fax 1-866-248-5116.

**Alcon Laboratories, Inc.**
6201 South Freeway, Fort Worth, TX 76134-2099
Tel: 1.817.293.0450

www.alcon.com



**Alcon**
a Novartis company

## Request Savings Cards
## From Your Alcon Representative

Territory

> *Requests are subject to approval by Alcon. Submit only one request form per facility.*

201501860343

**Doctor's Name:** Douglas Kaplan
**Facility Name:**
**Address:** 806 Central Ave Ste 300
**City, State, Zip:** Highland Park, IL 60035

State License # _____

Phone # _(_____)_____ Fax # _(_____)_____

☐ YES! Please notify my Alcon representative that
I would like to request ILEVRO® Suspension
Savings Cards.

Simply fax this form back to **1-866-923-1503.**
Your Alcon representative will be notified and
will follow up on your request.

# ILEVRO®
## (nepafenac ophthalmic
## suspension) 0.3%

---

**Fax: 1-866-923-1503          Phone: 1-800-451-3937**

---


a Novartis company      © 2015 Novartis    10/15    US-ILV-15-E-0363a



# ILEVRO.
## (nepafenac ophthalmic suspension) 0.3%

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use ILEVRO® (nepafenac ophthalmic suspension), 0.3% safely and effectively. See full prescribing information for ILEVRO (nepafenac ophthalmic suspension), 0.3%.

ILEVRO® (nepafenac ophthalmic suspension), 0.3%, topical ophthalmic
Initial U.S. Approval: 2005

------------------ **INDICATIONS AND USAGE** ------------------
ILEVRO® (nepafenac ophthalmic suspension), 0.3% is a nonsteroidal, anti-inflammatory prodrug indicated for the treatment of pain and inflammation associated with cataract surgery (1).

------------ **DOSAGE AND ADMINISTRATION** ------------
One drop of ILEVRO® (nepafenac ophthalmic suspension), 0.3% should be applied to the affected eye one-time-daily beginning 1 day prior to cataract surgery, continued on the day of surgery and through the first 2 weeks of the postoperative period. An additional drop should be administered 30 to 120 minutes prior to surgery. (2)

----------- **DOSAGE FORMS AND STRENGTHS** -----------
Sterile ophthalmic suspension 0.3%: 1.7 mL in a 4 mL bottle and 3 mL in a 4 mL bottle. (3)

----------------- **CONTRAINDICATIONS** -----------------
Hypersensitivity to any of the ingredients in the formula or to other NSAIDs.(4)

------------ **WARNINGS AND PRECAUTIONS** ------------
Increased bleeding time due to interference with thrombocyte aggregation (5.1)
Delayed healing (5.2)
Corneal effects including keratitis (5.3)

-------------------- **ADVERSE REACTIONS** --------------------
Most common adverse reactions (5 to 10%) are capsular opacity, decreased visual acuity, foreign body sensation, increased intraocular pressure, and sticky sensation. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Alcon Laboratories, Inc. at 1-800-757-9195 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**
**See 17 for PATIENT COUNSELING INFORMATION**

Revised: 07/2014

---

**FULL PRESCRIBING INFORMATION: CONTENTS\*\***
**1   INDICATIONS AND USAGE**
**2   DOSAGE AND ADMINISTRATION**
    2.1   Recommended Dosing
    2.2   Use with Other Topical Ophthalmic Medications
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
    5.1   Increased Bleeding Time
    5.2   Delayed Healing
    5.3   Corneal Effects
    5.4   Contact Lens Wear
**6   ADVERSE REACTIONS**
    6.1   Serious and Otherwise Important Adverse Reactions
    6.2   Ocular Adverse Reactions
    6.3   Non-Ocular Adverse Reactions
**8   USE IN SPECIFIC POPULATIONS**
    8.1   Pregnancy
    8.3   Nursing Mothers
    8.4   Pediatric Use
    8.5   Geriatric Use
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
    12.1   Mechanism of Action
    12.3   Pharmacokinetics
**13   NONCLINICAL TOXICOLOGY**
    13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
**14   CLINICAL STUDIES**
**16   HOW SUPPLIED/STORAGE AND HANDLING**
**17   PATIENT COUNSELING INFORMATION**
    17.1   Slow or Delayed Healing
    17.2   Avoiding Contamination of the Product
    17.3   Contact Lens Wear
    17.4   Intercurrent Ocular Conditions
    17.5   Concomitant Topical Ocular Therapy
    17.6   Shake Well Before Use
\*\*Sections or subsections omitted from the full prescribing information are not listed.

---

**FULL PRESCRIBING INFORMATION**
**1   INDICATIONS AND USAGE**
ILEVRO® (nepafenac ophthalmic suspension), 0.3% is indicated for the treatment of pain and inflammation associated with cataract surgery.
**2   DOSAGE AND ADMINISTRATION**
**2.1 Recommended Dosing**
One drop of ILEVRO® (nepafenac ophthalmic suspension), 0.3% should be applied to the affected eye one-time-daily beginning 1 day prior to cataract surgery, continued on the day of surgery and through the first 2 weeks of the postoperative period. An additional drop should be administered 30 to 120 minutes prior to surgery.
**2.2 Use with Other Topical Ophthalmic Medications**
ILEVRO® (nepafenac ophthalmic suspension), 0.3% may be administered in conjunction with other topical ophthalmic medications such as beta-blockers, carbonic anhydrase inhibitors, alpha-agonists, cycloplegics, and mydriatics. If more than one topical ophthalmic medication is being used, the medicines must be administered at least 5 minutes apart.
**3   DOSAGE FORMS AND STRENGTHS**
Sterile ophthalmic suspension 0.3%
1.7 mL in a 4 mL bottle
3 mL in a 4 mL bottle
**4   CONTRAINDICATIONS**
ILEVRO® (nepafenac ophthalmic suspension), 0.3% is contraindicated in patients with previously demonstrated hypersensitivity to any of the ingredients in the formula or to other NSAIDs.
**5   WARNINGS AND PRECAUTIONS**

**5.1 Increased Bleeding Time**
With some nonsteroidal anti-inflammatory drugs including ILEVRO® (nepafenac ophthalmic suspension), 0.3%, there exists the potential for increased bleeding time due to interference with thrombocyte aggregation. There have been reports that ocularly applied nonsteroidal anti-inflammatory drugs may cause increased bleeding of ocular tissues (including hyphema) in conjunction with ocular surgery.
It is recommended that ILEVRO® (nepafenac ophthalmic suspension), 0.3% be used with caution in patients with known bleeding tendencies or who are receiving other medications which may prolong bleeding time.
**5.2 Delayed Healing**
Topical nonsteroidal anti-inflammatory drugs (NSAIDs) including ILEVRO® (nepafenac ophthalmic suspension), 0.3%, may slow or delay healing. Topical corticosteroids are also known to slow or delay healing. Concomitant use of topical NSAIDs and topical steroids may increase the potential for healing problems.
**5.3 Corneal Effects**
Use of topical NSAIDs may result in keratitis. In some susceptible patients, continued use of topical NSAIDs may result in epithelial breakdown, corneal thinning, corneal erosion, corneal ulceration or corneal perforation. These events may be sight threatening. Patients with evidence of corneal epithelial breakdown should immediately discontinue use of topical NSAIDs including ILEVRO® (nepafenac ophthalmic suspension), 0.3% and should be closely monitored for corneal health.
Postmarketing experience with topical NSAIDs suggests that patients with complicated ocular surgeries, corneal denervation, corneal epithelial defects, diabetes mellitus, ocular surface diseases (e.g., dry eye syndrome), rheumatoid arthritis, or repeat ocular surgeries within a short period of time may be at increased risk for corneal adverse events which may become sight threatening. Topical NSAIDs should be used with caution in these patients.
Postmarketing experience with topical NSAIDs also suggests that use more than 1 day prior to surgery or use beyond 14 days post-surgery may increase patient risk and severity of corneal adverse events.
**5.4 Contact Lens Wear**
ILEVRO® (nepafenac ophthalmic suspension), 0.3% should not be administered while using contact lenses.
**6   ADVERSE REACTIONS**
Because clinical studies are conducted under widely varying conditions, adverse reaction rates observed in the clinical studies of a drug cannot be directly compared to the rates in the clinical studies of another drug and may not reflect the rates observed in practice.
**6.1 Serious and Otherwise Important Adverse Reactions**
The following adverse reactions are discussed in greater detail in other sections of labeling.
- Increased Bleeding Time (*Warnings and Precautions 5.1*)
- Delayed Healing (*Warnings and Precautions 5.2*)
- Corneal Effects (*Warnings and Precautions 5.3*)

**6.2 Ocular Adverse Reactions**
The most frequently reported ocular adverse reactions following cataract surgery were capsular opacity, decreased visual acuity, foreign body sensation, increased intraocular pressure, and sticky sensation. These reactions occurred in approximately 5 to 10% of patients.
Other ocular adverse reactions occurring at an incidence of approximately 1 to 5% included conjunctival edema, corneal edema, dry eye, lid margin crusting, ocular discomfort, ocular

hyperemia, ocular pain, ocular pruritus, photophobia, tearing and vitreous detachment.

Some of these reactions may be the consequence of the cataract surgical procedure.

### 6.3 Non-Ocular Adverse Reactions

Non-ocular adverse reactions reported at an incidence of 1 to 4% included headache, hypertension, nausea/vomiting, and sinusitis.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

**Teratogenic Effects.**

**Pregnancy Category C:** Reproduction studies performed with nepafenac in rabbits and rats at oral doses up to 10 mg/kg/day have revealed no evidence of teratogenicity due to nepafenac, despite the induction of maternal toxicity. At this dose, the animal plasma exposure to nepafenac and amfenac was approximately 70 and 630 times human plasma exposure at the recommended human topical ophthalmic dose for rats and 20 and 180 times human plasma exposure for rabbits, respectively. In rats, maternally toxic doses $\geq$ 10 mg/kg were associated with dystocia, increased postimplantation loss, reduced fetal weights and growth, and reduced fetal survival. Nepafenac has been shown to cross the placental barrier in rats. There are no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, ILEVRO* (nepafenac ophthalmic suspension), 0.3% should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Non-teratogenic Effects.**

Because of the known effects of prostaglandin biosynthesis inhibiting drugs on the fetal cardiovascular system (closure of the ductus arteriosus), the use of ILEVRO* (nepafenac ophthalmic suspension), 0.3% during late pregnancy should be avoided.

### 8.3 Nursing Mothers

Nepafenac is excreted in the milk of lactating rats. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when ILEVRO* (nepafenac ophthalmic suspension), 0.3% is administered to a nursing woman.

### 8.4 Pediatric Use

The safety and effectiveness of ILEVRO* (nepafenac ophthalmic suspension), 0.3% in pediatric patients below the age of 10 years have not been established.

### 8.5 Geriatric Use

No overall differences in safety and effectiveness have been observed between elderly and younger patients.

## 11 DESCRIPTION

ILEVRO* (nepafenac ophthalmic suspension), 0.3% is a sterile, topical, nonsteroidal anti-inflammatory (NSAID) prodrug for ophthalmic use. Each mL of ILEVRO* (nepafenac ophthalmic suspension), 0.3% contains 3 mg of nepafenac. Nepafenac is designated chemically as 2-amino-3-benzoylbenzeneacetamide with an empirical formula of $C_{15}H_{14}N_2O_2$.

The structural formula of nepafenac is:

Nepafenac is a yellow crystalline powder. The molecular weight of nepafenac is 254.28.

ILEVRO* (nepafenac ophthalmic suspension), 0.3% is supplied as a sterile, aqueous suspension with a pH approximately of 6.8.

The osmolality of ILEVRO* (nepafenac ophthalmic suspension), 0.3% is approximately 300 mOsm/kg.

Each mL of ILEVRO* (nepafenac ophthalmic suspension), 0.3% contains: Active: nepafenac 0.3% Inactives: boric acid, propylene glycol, carbomer 974P, sodium chloride, guar gum, carboxymethylcellulose sodium, edetate disodium, benzalkonium chloride 0.005% (preservative), sodium hydroxide and/or hydrochloric acid to adjust pH and purified water, USP.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

After topical ocular dosing, nepafenac penetrates the cornea and is converted by ocular tissue hydrolases to amfenac, a nonsteroidal anti-inflammatory drug. Nepafenac and amfenac are thought to inhibit the action of prostaglandin H synthase (cyclooxygenase), an enzyme required for prostaglandin production.

### 12.3 Pharmacokinetics

Following bilateral topical ocular once-daily dosing of ILEVRO* (nepafenac ophthalmic suspension), 0.3%, the concentrations of nepafenac and amfenac peaked at a median time of 0.5 hour and 0.75 hour, respectively on both Day 1 and Day 4. The mean steady-state $C_{max}$ for nepafenac and for amfenac were 0.847 $\pm$ 0.269 ng/mL and 1.13 $\pm$ 0.491 ng/mL, respectively. Nepafenac at concentrations up to 3000 ng/mL and amfenac at concentrations up to 1000 ng/mL did not inhibit the *in vitro* metabolism of 6 specific marker substrates of cytochrome P450 (CYP) isozymes (CYP1A2, CYP2C9, CYP2C19, CYP2D6, CYP2E1, and CYP3A4). Therefore, drug-drug interactions involving CYP mediated metabolism of concomitantly administered drugs are unlikely.

## 13 NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Nepafenac has not been evaluated in long-term carcinogenicity studies. Increased chromosomal aberrations were observed in Chinese hamster ovary cells exposed *in vitro* to nepafenac suspension. Nepafenac was not mutagenic in the Ames assay or in the mouse lymphoma forward mutation assay. Oral doses up to 5,000 mg/kg did not result in an increase in the formation of micronucleated polychromatic erythrocytes *in vivo* in the mouse micronucleus assay in the bone marrow of mice. Nepafenac did not impair fertility when administered orally to male and female rats at 3 mg/kg.

## 14 CLINICAL STUDIES

In two double masked, randomized clinical trials in which patients were dosed daily beginning one day prior to cataract surgery, continued on the day of surgery and for the first two weeks of the postoperative period, ILEVRO* (nepafenac ophthalmic suspension), 0.3% demonstrated superior clinical efficacy compared to its vehicle in treating postoperative pain and inflammation.

Treatment effect over vehicle for resolution of ocular pain occurred as early as day 1 post-surgery. Treatment effect over vehicle for resolution of inflammation was significantly better than vehicle in both studies at day 7 and day 14 post-surgery.

**Inflammation and Ocular Pain Resolution Results of Nepafenac ophthalmic suspension, 0.3% versus Vehicle at Day 14 Post-surgery (All-Randomized Population)**

| Studies | Treatment | Inflammation Resolution at Postop Day 14 | Ocular Pain Resolution at Postop Day 14 |
|---|---|---|---|
| Study 1 | Nepafenac ophthalmic suspension, 0.3% (n/N)⁽¹⁾ | 552/85* (65%) | 734/851 (86%) |
| | NEVANAC (n/N)⁽¹⁾ | 568/845 (67%) | 737/845 (87%) |
| | Vehicle (n/N)⁽¹⁾ | 67/211 (32%) | 98/211 (46%) |
| | Difference (95% CI)⁽²⁾ | 33% (26%, 40%) | 40% (32%, 47%) |
| Study 2 | Nepafenac ophthalmic suspension, 0.3% (n/N)⁽¹⁾ | 331/540 (61%) | 456/540 (84%) |
| | Vehicle (n/N)⁽¹⁾ | 63/268 (24%) | 101/268 (38%) |
| | Difference (95% CI)⁽²⁾ | 38% (31%, 45%) | 47% (40%, 54%) |

(1) n/N is the ratio of those with complete resolution of anterior chamber cell and flare by the postoperative day 14 visit over all randomized subjects.
(2) Difference is Nepafenac ophthalmic suspension, 0.3% (n/N) − vehicle.
The 95% confidence interval is derived using asymptotic approximation.

## 16 HOW SUPPLIED/STORAGE AND HANDLING

ILEVRO* (nepafenac ophthalmic suspension), 0.3% is supplied in a white, oval, low density polyethylene DROP-TAINER* dispenser with a natural low density polyethylene dispensing plug and gray polypropylene cap presented in an overwrap (1.7mL fill only). Tamper evidence is provided with a shrink band around the closure and neck area of the package.

1.7 mL in 4 mL bottle        NDC 0065-1750-07
3mL in 4 mL bottle           NDC 0065-1750-14
**Storage:** Store at 2 - 25°C (36 - 77°F).
Protect from light.

## 17 PATIENT COUNSELING INFORMATION

### 17.1 Slow or Delayed Healing

Patients should be informed of the possibility that slow or delayed healing may occur while using nonsteroidal anti-inflammatory drugs (NSAIDs).

### 17.2 Avoiding Contamination of the Product

Patients should be instructed to avoid allowing the tip of the dispensing container to contact the eye or surrounding structures because this could cause the tip to become contaminated by common bacteria known to cause ocular infections. Serious damage to the eye and subsequent loss of vision may result from using contaminated solutions. Use of the same bottle for both eyes is not recommended with topical eye drops that are used in association with surgery.

### 17.3 Contact Lens Wear

ILEVRO* (nepafenac ophthalmic suspension), 0.3% should not be administered while wearing contact lens.

### 17.4 Intercurrent Ocular Conditions

Patients should be advised that if they develop an intercurrent ocular condition (e.g., trauma, or infection) or have ocular surgery, they should immediately seek their physician's advice concerning the continued use of the multi-dose container.

### 17.5 Concomitant Topical Ocular Therapy

If more than one topical ophthalmic medication is being used, the medicines must be administered at least 5 minutes apart.

### 17.6 Shake Well Before Use

Patients should be instructed to shake well before each use.

U.S. Patent Nos. 5,475,034; 6,403,609; and 7,169,767
* a Trademark of Novartis

Alcon
a Novartis company

ALCON LABORATORIES
6201 South Freeway
Fort Worth, Texas 76134 USA
MedInfo@AlconLabs.com
© 2014 Novartis 7/14 ILV1490SPI

9010719-0514 - PROMO

# EXHIBIT B

**To:** Agnes Emerle
**Fax #:** (847) 390-0001
**Date:** January 26, 2015

**From:** Alcon
**Pages:** 4

## Re: Fax Back to Request Free CIPRODEX® Otic Samples

Dear Dr. Emerle,

# DISCOVER...

## CIPRODEX® (ciprofloxacin 0.3% and dexamethasone 0.1%) Sterile Otic Suspension



- Demonstrated efficacy for both AOE and AOMT infections caused by susceptible isolates[1*]

- The #1 prescribed otic antibiotic drop among otolaryngologists and pediatricians since 2007[2]

- Recommend DROPS101.com to your patients for savings information,[†] education on AOE and AOMT, and fun games




**STERILE OTIC SUSPENSION**


**REQUEST SAMPLES‡**

**\*INDICATIONS AND USAGE**
CIPRODEX® Otic is indicated for the treatment of infections caused by susceptible isolates of the designated microorganisms in the specific conditions listed below: **Acute Otitis Media (AOM) in pediatric patients (age 6 months and older) with tympanostomy tubes** due to *Staphylococcus aureus, Streptococcus pneumoniae, Haemophilus influenzae, Moraxella catarrhalis,* and *Pseudomonas aeruginosa.* **Acute Otitis Externa (AOE) in pediatric (age 6 months and older),** adult and elderly patients due to *Staphylococcus aureus* and *Pseudomonas aeruginosa.*

**Dosage and Administration:**
The recommended dosage is four drops of CIPRODEX® Otic suspension into the affected ear twice daily for seven days.

**IMPORTANT SAFETY INFORMATION**

**Contraindications:**
CIPRODEX® Otic is contraindicated in patients with a history of hypersensitivity to ciprofloxacin, to other quinolones, or to any of the components in this medication. Use of this product is contraindicated in viral infections of the external canal including herpes simplex infections.

**Warnings:**
**FOR TOPICAL OTIC USE ONLY; NOT FOR INJECTION.** This product is not approved for ophthalmic use. CIPRODEX® Otic should be discontinued at the first appearance of a skin rash or any other sign of hypersensitivity. Serious and occasionally fatal hypersensitivity (anaphylactic) reactions, some following the first dose, have been reported in patients receiving systemic quinolones.

**Precautions:**
Use of this product may result in overgrowth of non-susceptible organisms, including yeast and fungi. If the infection is not improved after one week of treatment, cultures should be obtained to guide further treatment.

The systemic administration of quinolones, including ciprofloxacin at doses much higher than given or absorbed by the otic route, has led to lesions or erosions of the cartilage in weight-bearing joints and other signs of arthropathy in immature animals of various species.

**Adverse Reactions:**
The most commonly reported treatment-related adverse reactions in AOM patients with tympanostomy tubes: ear discomfort (3.0%), ear pain (2.3%), ear residue (0.5%), irritability (0.5%) and taste perversion (0.5%). The most commonly reported treatment-related adverse reactions in clinical trials in AOE patients: ear pruritus (1.5%), ear debris (0.6%), superimposed ear infection (0.6%), ear congestion (0.4%), ear pain (0.4%) and erythema (0.4%).

**For additional information about CIPRODEX® Otic, please refer to the accompanying full prescribing information.**

[†] This offer is not valid for patients who are enrolled in Medicare Part D, Medicaid, Medigap, VA, DOD, Tricare, or any other government-run or government-sponsored health care program with a pharmacy benefit. Additional eligibility terms and conditions apply, see DROPS101.com

[‡] All requests are subject to Alcon review and approval.

**References:** 1. CIPRODEX® Otic Package Insert 2. IMS Health, IMS National Prescription Audit™, January 2007–May 2015.

CIPRODEX® is a registered trademark of Bayer Intellectual Property GmbH, licensed to Alcon by Bayer Intellectual Property GmbH.

## ◀ Simply fill out and fax back the completed form accompanying this letter to request FREE samples of CIPRODEX® Otic. ▶


a Novartis company

Alcon Laboratories, Inc.
6201 South Freeway, Fort Worth, TX 76134-2099
T: 817.293.0150
www.alcon.com



## Please note that Alcon's sample request form has been updated. Incomplete requests will not be reviewed.

## Sample Request Form

*Requests are subject to approval by Alcon.  Submit only one request form per facility.*

**ACCT #**
**FACILITY NAME**                                                                    201501897784
**DOCTOR'S NAME**  Agnes Emerle
**ADDRESS**  800 Biesterfield Rd
**CITY ST ZIP**  Elk Grove Vlg, IL  60007

State License # _____     Phone # _____     Fax # _____

| NDC# | PRODUCT NAME | QTY |
|---|---|---|
| 0065-8533-03 | **CIPRODEX**® (CIPROFLOXACIN 0.3% and DEXAMETHASONE 0.1%) Sterile Otic Suspension, **1.5 mL** | 2 |

## SHIPMENT INFORMATION

**Please send a one-time shipment.**

# You must check the box below to be eligible to receive samples

☐ I confirm that:

- I am authorized by federal and state law to prescribe these medications;
- I understand that samples must not be sold, bartered or billed to any patient, payer or third party; and
- I routinely prescribe the products I am requesting in accordance with the FDA-approved indications.

Healthcare Provider's Signature: _____
                                                    (No stamps or duplications)
Medical Designation: _____Date: _____

Collaborative Agreement Required: YES or NO (please circle)
If yes, collaborating physician's name: _____
State License # _____

**FDA Requirements:** The recipient of Rx sample shipments must sign and return an acknowledgement of receipt and confirmation of contents as indicated on the packing list of each shipment.

### Fax # 1-855-815-9289                    Phone # 1-800-451-3937

**AC: CL**                                          © 2015 Novartis    8/15   CDX15027FX-C

a Novartis company



# CIPRODEX®
## (ciprofloxacin 0.3% and dexamethasone 0.1%)
## STERILE OTIC SUSPENSION

## DESCRIPTION

CIPRODEX® (ciprofloxacin 0.3% and dexamethasone 0.1%) Sterile Otic Suspension contains the synthetic broad-spectrum antibacterial agent, ciprofloxacin hydrochloride, combined with the anti-inflammatory corticosteroid, dexamethasone, in a sterile, preserved suspension for otic use. Each mL of CIPRODEX® Otic contains ciprofloxacin hydrochloride (equivalent to 3 mg ciprofloxacin base), 1 mg dexamethasone, and 0.1 mg benzalkonium chloride as a preservative. The inactive ingredients are boric acid, sodium chloride, hydroxyethyl cellulose, tyloxapol, acetic acid, sodium acetate, edetate disodium, and purified water. Sodium hydroxide or hydrochloric acid may be added for adjustment of pH.

Ciprofloxacin, a fluoroquinolone is available as the monohydrochloride monohydrate salt of 1-cyclopropyl-6-fluoro-1,4-dihydro-4-oxo-7-(1-piperazinyl)-3-quinolinecarboxylic acid. The empirical formula is $C_{17}H_{18}FN_3O_3 \cdot HCl \cdot H_2O$ and the structural formula is:

Dexamethasone, 9-fluoro-11(beta),17,21-trihydroxy-16(alpha)-methylpregna-1,4-diene-3,20-dione, is an anti-inflammatory corticosteroid. The empirical formula is $C_{22}H_{29}FO_5$ and the structural formula is:

## CLINICAL PHARMACOLOGY

**Pharmacokinetics:** Following a single bilateral 4-drop (total dose = 0.28 mL, 0.84 mg ciprofloxacin, 0.28 mg dexamethasone) topical otic dose of CIPRODEX® Otic to pediatric patients after tympanostomy tube insertion, measurable plasma concentrations of ciprofloxacin and dexamethasone were observed at 6 hours following administration in 2 of 9 patients and 5 of 9 patients, respectively.

Mean ± SD peak plasma concentrations of ciprofloxacin were 1.39 ± 0.880 ng/mL (n=9). Peak plasma concentrations ranged from 0.543 ng/mL to 3.45 ng/mL and were on average approximately 0.1% of peak plasma concentrations achieved with an oral dose of 250-mg [1]. Peak plasma concentrations of ciprofloxacin were observed within 15 minutes to 2 hours post dose application.

Mean ± SD peak plasma concentrations of dexamethasone were 1.14 ± 1.54 ng/mL (n=9). Peak plasma concentrations ranged from 0.135 ng/mL to 5.10 ng/mL and were on average approximately 14% of peak concentrations reported in the literature following an oral 0.5-mg tablet dose [2]. Peak plasma concentrations of dexamethasone were observed within 15 minutes to 2 hours post dose application.

Dexamethasone has been added to aid in the resolution of the inflammatory response accompanying bacterial infection (such as otorrhea in pediatric patients with AOM with tympanostomy tubes).

**Microbiology:** Ciprofloxacin has in vitro activity against a wide range of gram-positive and gram-negative microorganisms. The bactericidal action of ciprofloxacin results from interference with the enzyme, DNA gyrase, which is needed for the synthesis of bacterial DNA. Cross-resistance has been observed between ciprofloxacin and other fluoroquinolones. There is generally no cross-resistance between ciprofloxacin and other classes of antibacterial agents such as beta-lactams or aminoglycosides.

Ciprofloxacin has been shown to be active against most isolates of the following microorganisms, both in vitro and clinically in otic infections as described in the **INDICATIONS AND USAGE** section.

**Aerobic and facultative gram-positive microorganisms**
*Staphylococcus aureus*
*Streptococcus pneumoniae*

**Aerobic and facultative gram-negative microorganisms**
*Haemophilus influenzae*
*Moraxella catarrhalis*
*Pseudomonas aeruginosa*

## INDICATIONS AND USAGE

CIPRODEX® Otic is indicated for the treatment of infections caused by susceptible isolates of the designated microorganisms in the specific conditions listed below.

**Acute Otitis Media** in pediatric patients (age 6 months and older) with tympanostomy tubes due to *Staphylococcus aureus*, *Streptococcus pneumoniae*, *Haemophilus influenzae*, *Moraxella catarrhalis* and *Pseudomonas aeruginosa*.

**Acute Otitis Externa** in pediatric (age 6 months and older), adult and elderly patients due to *Staphylococcus aureus* and *Pseudomonas aeruginosa*.

## CONTRAINDICATIONS

CIPRODEX® Otic is contraindicated in patients with a history of hypersensitivity to ciprofloxacin, to other quinolones, or to any of the components in this medication. Use of this product is contraindicated in viral infections of the external canal including herpes simplex infections.

## WARNINGS

**FOR OTIC USE ONLY**
(this product is not approved for ophthalmic use.)

**NOT FOR INJECTION**
CIPRODEX® Otic should be discontinued at the first appearance of a skin rash or any other sign of hypersensitivity. Serious and occasionally fatal hypersensitivity (anaphylactic) reactions, some following the first dose, have been reported in patients receiving systemic quinolones. Serious acute hypersensitivity reactions may require immediate emergency treatment.

## PRECAUTIONS

**General:** As with other antibacterial preparations, use of this product may result in overgrowth of nonsusceptible organisms, including yeast and fungi. If the infection is not improved after one week of treatment, cultures should be obtained to guide further treatment. If otorrhea persists after a full course of therapy, or if two or more episodes of otorrhea occur within six months, further evaluation is recommended to exclude an underlying condition such as cholesteatoma, foreign body, or a tumor.

The systemic administration of quinolones, including ciprofloxacin at doses much higher than given or absorbed by the otic route, has led to lesions or erosions of the cartilage in weight-bearing joints and other signs of arthropathy in immature animals of various species.

Guinea pigs dosed in the middle ear with CIPRODEX® Otic for one month exhibited no drug-related structural or functional changes of the cochlear hair cells and no lesions in the ossicles. CIPRODEX® Otic was also shown to lack dermal sensitizing potential in the guinea pig when tested according to the method of Buehler.

No signs of local irritation were found when CIPRODEX® Otic was applied topically in the rabbit eye.

**Information for Patients**
For otic use only. (This product is not approved for use in the eye.)
Warm the bottle in your hand for one to two minutes prior to use and shake well immediately before using.
Avoid contaminating the tip with material from the ear, fingers, or other sources.
Protect from light.
If rash or allergic reaction occurs, discontinue use immediately and contact your physician.
It is very important to use the drops for as long as the doctor has instructed, **even if the symptoms improve**.
Discard unused portion after therapy is completed.

**Acute Otitis Media in pediatric patients with tympanostomy tubes** Prior to administration of CIPRODEX® Otic in patients (6 months and older) with acute otitis media through tympanostomy tubes, the suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. The tragus should then be pumped 5 times by pushing inward to facilitate penetration of the drops into the middle ear. This position should be maintained for 60 seconds. Repeat, if necessary, for the opposite ear (see **DOSAGE AND ADMINISTRATION**).

**Acute Otitis Externa**
Prior to administration of CIPRODEX® Otic in patients with acute otitis externa, the suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. This position should be maintained for 60 seconds to facilitate penetration of the drops into the ear canal. Repeat, if necessary, for the opposite ear (see **DOSAGE AND ADMINISTRATION**).

**Drug Interactions**
Specific drug interaction studies have not been conducted with CIPRODEX® Otic.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
Long-term carcinogenicity studies in mice and rats have been completed for ciprofloxacin. After daily oral doses of 750 mg/kg (mice) and 250 mg/kg (rats) were administered for up to 2 years, there was no evidence that ciprofloxacin had any carcinogenic or tumorigenic effects in these species. No long term studies of CIPRODEX® Otic have been performed to evaluate carcinogenic potential.

Eight in vitro mutagenicity tests have been conducted with ciprofloxacin, and the test results are listed below:

*Salmonella*/Microsome Test (Negative)
*E. coli* DNA Repair Assay (Negative)
Mouse Lymphoma Cell Forward Mutation Assay (Positive)
Chinese Hamster V79 Cell HGPRT Test (Negative)
Syrian Hamster Embryo Cell Transformation Assay (Negative)
*Saccharomyces cerevisiae* Point Mutation Assay (Negative)
*Saccharomyces cerevisiae* Mitotic Crossover and Gene Conversion Assay (Negative)
Rat Hepatocyte DNA Repair Assay (Positive)

Thus, 2 of the 8 tests were positive, but results of the following 3 in vivo test systems gave negative results:

Rat Hepatocyte DNA Repair Assay
Micronucleus Test (Mice)
Dominant Lethal Test (Mice)

Fertility studies performed in rats at oral doses of ciprofloxacin up to 100 mg/kg/day revealed no evidence of impairment. This would be over 100 times the maximum recommended clinical dose of ototopical ciprofloxacin based upon body surface area, assuming total absorption of ciprofloxacin from the ear of a patient treated with CIPRODEX® Otic twice a day according to label directions.

Long term studies have not been performed to evaluate the carcinogenic potential of topical otic dexamethasone. Dexamethasone has been tested for in vitro and in vivo genotoxic potential and shown to be positive in the following assays: chromosomal aberrations, sister-chromatid exchange in human lymphocytes and micronuclei and sister-chromatid exchanges in mouse bone marrow. However, the Ames/Salmonella assay, both with and without S9 mix, did not show any increase in His+ revertants.

The effect of dexamethasone on fertility has not been investigated following topical otic application. However, the lowest toxic dose of dexamethasone identified following topical dermal application was 1.822 mg/kg in a 26-week study in male rats and resulted in changes to the testes, epididymis, sperm duct, prostate, seminal vesicle, Cowper's gland and accessory glands. The relevance of this study for short term topical otic use is unknown.

**Pregnancy**
**Teratogenic Effects. Pregnancy Category C:**
Reproduction studies have been performed in rats and mice using oral doses of up to 100 mg/kg and IV doses up to 30 mg/kg and have revealed no evidence of harm to the fetus as a result of ciprofloxacin. In rabbits, ciprofloxacin (30 and 100 mg/kg orally) produced gastrointestinal disturbances resulting in maternal weight loss and an increased incidence of abortion, but no teratogenicity was observed at either dose. After intravenous administration of doses up to 20 mg/kg, no maternal toxicity was produced in the rabbit, and no embryotoxicity or teratogenicity was observed.

Corticosteroids are generally teratogenic in laboratory animals when administered systemically at relatively low dosage levels. The more potent corticosteroids have been shown to be teratogenic after dermal application in laboratory animals.

Animal reproduction studies have not been conducted with CIPRODEX® Otic. No adequate and well controlled studies have been performed in pregnant women. Caution should be exercised when CIPRODEX® Otic is used by a pregnant woman.

**Nursing Mothers:**
Ciprofloxacin and corticosteroids, as a class, appear in milk following oral administration. Dexamethasone in breast milk could suppress growth, interfere with endogenous corticosteroid production, or cause other untoward effects. It is not known whether topical otic administration of ciprofloxacin or dexamethasone could result in sufficient systemic absorption to produce detectable quantities in human milk. Because of the potential for unwanted effects in nursing infants, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:**
The safety and efficacy of CIPRODEX® Otic have been established in pediatric patients 6 months and older (632 patients) in adequate and well-controlled clinical trials. Although no data are available on patients less than age 6 months, there are no known safety concerns or differences in the disease process in this population that would preclude use of this product. (See **DOSAGE AND ADMINISTRATION**.)

No clinically relevant changes in hearing function were observed in 69 pediatric patients (age 4 to 12 years) treated with CIPRODEX® Otic and tested for audiometric parameters.

## ADVERSE REACTIONS

In Phases II and III clinical trials, a total of 937 patients were treated with CIPRODEX® Otic. This included 400 patients with acute otitis media with tympanostomy tubes and 537 patients with acute otitis externa. The reported treatment-related adverse events are listed below.

### Acute Otitis Media in pediatric patients with tympanostomy tubes

The following treatment-related adverse events occurred in 0.5% or more of the patients with non-intact tympanic membranes.

| Adverse Event | Incidence (N=400) |
|---|---|
| Ear discomfort | 3.0% |
| Ear pain | 2.3% |
| Ear precipitate (residue) | 0.5% |
| Irritability | 0.5% |
| Taste perversion | 0.5% |

The following treatment-related adverse events were each reported in a single patient: tympanostomy tube blockage; ear pruritus; tinnitus; oral moniliasis; crying; dizziness; and erythema.

### Acute Otitis Externa

The following treatment-related adverse events occurred in 0.4% or more of the patients with intact tympanic membranes.

| Adverse Event | Incidence (N=537) |
|---|---|
| Ear pruritus | 1.5% |
| Ear debris | 0.6% |
| Superimposed ear infection | 0.6% |
| Ear congestion | 0.4% |
| Ear pain | 0.4% |
| Erythema | 0.4% |

The following treatment-related adverse events were each reported in a single patient: ear discomfort; decreased hearing; and ear disorder (tingling).

## DOSAGE AND ADMINISTRATION
### CIPRODEX® OTIC SHOULD BE SHAKEN WELL IMMEDIATELY BEFORE USE

CIPRODEX® Otic contains 3 mg (3000 ug/mL) ciprofloxacin and 1 mg/mL dexamethasone.

**Acute Otitis Media in pediatric patients with tympanostomy tubes:** The recommended dosage regimen for the treatment of acute otitis media in pediatric patients (age 6 months and older) through tympanostomy tubes is:

Four drops (0.14 mL, 0.42 mg ciprofloxacin, 0.14 mg dexamethasone) instilled into the affected ear twice daily for seven days. The suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness, which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. The tragus should then be pumped 5 times by pushing inward to facilitate penetration of the drops into the middle ear. This position should be maintained for 60 seconds. Repeat, if necessary, for the opposite ear. Discard unused portion after therapy is completed.

**Acute Otitis Externa:** The recommended dosage regimen for the treatment of acute otitis externa is: For patients (age 6 months and older). Four drops (0.14 mL, 0.42 mg ciprofloxacin, 0.14 mg dexamethasone) instilled into the affected ear twice daily for seven days. The suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness, which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. This position should be maintained for 60 seconds to facilitate penetration of the drops into the ear canal. Repeat, if necessary, for the opposite ear. Discard unused portion after therapy is completed.

## HOW SUPPLIED

CIPRODEX® (ciprofloxacin 0.3% and dexamethasone 0.1%) Sterile Otic Suspension is supplied as follows: 7.5 mL fill in a DROP-TAINER® system. The DROP-TAINER® system consists of a natural polyethylene bottle and natural plug, with a white polypropylene closure. Tamper evidence is provided with a shrink band around the closure and neck area of the package.

NDC 0065-8533-02, 7.5 mL fill

### Storage:
Store at controlled room temperature, 15°C to 30°C (59°F to 86°F). Avoid freezing. Protect from light.

## Clinical Studies:

In a randomized, multicenter, controlled clinical trial, CIPRODEX® Otic dosed 2 times per day for 7 days demonstrated clinical cures in the per protocol analysis in 86% of AOMT patients compared to 79% for ofloxacin solution, 0.3%, dosed 2 times per day for 10 days. Among culture positive patients, clinical cures were 90% for CIPRODEX® Otic compared to 79% for ofloxacin solution, 0.3%. Microbiological eradication rates for these patients in the same clinical trial were 91% for CIPRODEX® Otic compared to 82% for ofloxacin solution, 0.3%. In 2 randomized multicenter, controlled clinical trials, CIPRODEX® Otic dosed 2 times per day for 7 days demonstrated clinical cures in 87% and 96% of per protocol evaluable AOE patients, respectively, compared to 84% and 89%, respectively, for otic suspension containing neomycin 0.35%, polymyxin B 10,000 IU/mL, and hydrocortisone 1.0% (neo/poly/HC). Among culture positive patients clinical cures were 86% and 92% for CIPRODEX® Otic compared to 84% and 89%, respectively, for neo/poly/HC. Microbiological eradication rates for these patients in the same clinical trials were 86% and 92% for CIPRODEX® Otic compared to 85% and 85%, respectively, for neo/poly/HC.

## References:

1. Campoli-Richards DM, Monk JP, Price A, Benfield P, Todd PA, Ward A. Ciprofloxacin: A review of its antibacterial activity, pharmacokinetic properties and therapeutic use. Drugs 1988;35:373-447.

2. Lieuw D, Schuster O, and Graul E. Dose-dependent pharmacokinetics of dexamethasone. Eur J Clin Pharmacol 1986;30:225-230.

U.S. Patent Nos. 5,284,862; 6,359,016
Licensed to Alcon, Inc. by Bayer Schering Pharma AG.
CIPRODEX is a registered trademark of Bayer AG,
licensed to Alcon, Inc. by Bayer AG.
Rx Only
©2003, 2004, 2008, 2009 Alcon, Inc.
Revision date: 17 July 2009

## PATIENT INFORMATION
### CIPRODEX® (CI-PRO-DEX)
(ciprofloxacin 0.3% and dexamethasone 0.1%)
Sterile Otic Suspension

## IMPORTANT PATIENT INFORMATION AND INSTRUCTIONS. READ BEFORE USE.

### What is CIPRODEX® Otic?
CIPRODEX® Otic is an antibiotic/steroid combination product in a sterile suspension used to treat:

- **Middle Ear Infection with Drainage Through a Tube in Children 6 months and older:** A middle ear infection is a bacterial infection behind the eardrum. People with a tube in the eardrum may notice drainage from the ear canal.

- **Outer Ear Canal Infection in Patients 6 months and older:** An outer ear canal infection, also known as "Swimmer's Ear," is a bacterial infection of the outer ear canal. The ear canal and the outer part of the ear may swell, turn red, and be painful. Also, a fluid discharge may appear in the ear canal.

### Who should NOT use CIPRODEX® Otic?
- Do not use this product if allergic to ciprofloxacin or to other quinolone antibiotics
- Do not use this product if allergic to dexamethasone or to other steroids
- Do not give this product to pediatric patients who are less than 6 months old.

### How often should CIPRODEX® Otic be given?
CIPRODEX® Otic ear drops should be given 2 times each day (about 12 hours apart, for example, 8 AM and 8 PM) in each affected ear unless the doctor has instructed otherwise. The best times to use the ear drops are in the morning and at night. It is very important to use the ear drops for as long as the doctor has instructed, **even if the symptoms improve.** If CIPRODEX® Otic ear drops are not used for as long as the doctor has instructed, the infection may return.

### What if a dose is missed?
If a dose of CIPRODEX® Otic is missed, it should be given as soon as possible. If it is almost time for the next dose, skip the missed dose and go back to the regular dosing schedule. Do not use a double dose unless the doctor has instructed you to do so. If the infection is not improved after one week, you should consult your doctor. If you have two or more episodes of drainage within six months, it is recommended you see your doctor for further evaluation.

### What activities should be avoided while using CIPRODEX® Otic?
It is important that the infected ear(s) remain clean and dry. When bathing, avoid getting the infected ear(s) wet. Avoid swimming unless the doctor has instructed otherwise.

### What are the possible side effects of CIPRODEX® Otic?
During the testing of CIPRODEX® Otic for middle ear infections, the most common side effect related to CIPRODEX® Otic was ear discomfort that occurred in up to 3 out of 100 patients. Other common side effects were: ear pain; ear precipitate (residue); irritability; and abnormal taste. During the testing of CIPRODEX® Otic for ear canal infections, the most common side effect related to CIPRODEX® Otic was itching of the ear that occurred in 1 to 2 out of 100 patients. Other common side effects were: ear debris; ear infection in the treated ear; ear congestion; ear pain; and rash.

If any of these side effects persist, call the doctor.

If an allergic reaction to CIPRODEX® Otic occurs, stop using the product and contact your doctor.

### DO NOT TAKE BY MOUTH
If CIPRODEX® Otic is accidentally swallowed or overdose occurs, call the doctor immediately. This medicine is available only with a doctor's prescription. Use only as directed. Do not use this medicine if outdated. If you wish to learn more about CIPRODEX® Otic, call your doctor or pharmacist.

### HOW SUPPLIED
CIPRODEX® Otic is supplied as follows: 7.5 mL fill in a DROP-TAINER® system. The DROP-TAINER® system consists of a natural polyethylene bottle and natural plug, with a white polypropylene closure. Tamper evidence is provided with a shrink band around the closure and neck area of the package.
NDC 0065-8533-02, 7.5 mL fill

### Storage:
Store at controlled room temperature, 15°C to 30°C (59°F to 86°F). Avoid freezing. Protect from light.
U.S. Patent Nos. 5,284,802; 6,359,016
Licensed to Alcon, Inc. by Bayer Schering Pharma AG.
CIPRODEX is a registered trademark of Bayer AG,
licensed to Alcon, Inc. by Bayer AG.
Rx Only
©2003, 2004, 2008, 2009 Alcon, Inc.

### How should CIPRODEX® Otic be given?

**1. Wash hands**



The person giving CIPRODEX® Otic should wash his/her hands with soap and water.

**2. Warm & shake bottle**



Hold the bottle of CIPRODEX® Otic in the hand for one or two minutes to warm the suspension, then shake well.

**3. Add drops**



The person giving CIPRODEX® Otic should lie on his/her side with the infected ear up.



Patients should have 4 drops of CIPRODEX® Otic put into the infected ear. The tip of the bottle should not touch the fingers or the ear, or any other surfaces.

**BE SURE TO FOLLOW INSTRUCTIONS BELOW FOR THE PATIENT'S SPECIFIC EAR INFECTION.**

**4. For Patients with Middle Ear Infection with Tubes:**



While the patient receiving CIPRODEX® Otic lies on his/her side, the person giving the drops should gently press the tragus (see diagram) 5 times in a pumping motion. This will allow the drops to pass through the tube in the eardrum and into the middle ear.

**5. For Patients with Outer Ear Infection ("Swimmer's Ear"):**



While the person receiving the drops lies on his/her side, the person giving the drops should gently pull the outer ear lobe upward and backward. This will allow the ear drops to flow down into the ear canal.

**6. Stay on side**



The person who received the ear drops should remain on his/her side for at least 60 seconds.

Repeat Steps 2-5 for the other ear if both ears are infected.

©2010 Alcon, Inc.       3/10       CDX10500PI



# EXHIBIT C

**To:** Agnieszka Skop
**Fax #:** (847) 390-0001
**Date:** November 19, 2015

**From:** Alcon
**Pages:** 4

## Re: Fax Back to Request Free CIPRODEX® Otic Samples

Dear Dr. Skop,

# DISCOVER...

## CIPRODEX® (ciprofloxacin 0.3% and dexamethasone 0.1%) Sterile Otic Suspension

- Demonstrated efficacy for both AOE and AOMT infections caused by susceptible isolates[1],*

- The #1 prescribed otic antibiotic drop among otolaryngologists and pediatricians since 2007[2]

- Recommend DROPS101.com to your patients for savings information,† education on AOE and AOMT, and fun games




**STERILE OTIC SUSPENSION**


**REQUEST SAMPLES‡**

---

### *INDICATIONS AND USAGE
CIPRODEX® Otic is indicated for the treatment of infections caused by susceptible isolates of the designated microorganisms in the specific conditions listed below: **Acute Otitis Media (AOM) in pediatric patients (age 6 months and older) with tympanostomy tubes** due to *Staphylococcus aureus, Streptococcus pneumoniae, Haemophilus influenzae, Moraxella catarrhalis,* and *Pseudomonas aeruginosa.* **Acute Otitis Externa (AOE) in pediatric (age 6 months and older),** adult and elderly patients due to *Staphylococcus aureus* and *Pseudomonas aeruginosa.*

### Dosage and Administration:
The recommended dosage is four drops of CIPRODEX® Otic suspension into the affected ear twice daily for seven days.

### IMPORTANT SAFETY INFORMATION

### Contraindications:
CIPRODEX® Otic is contraindicated in patients with a history of hypersensitivity to ciprofloxacin, to other quinolones, or to any of the components in this medication. Use of this product is contraindicated in viral infections of the external canal including herpes simplex infections.

### Warnings:
**FOR TOPICAL OTIC USE ONLY; NOT FOR INJECTION.** This product is not approved for ophthalmic use. CIPRODEX® Otic should be discontinued at the first appearance of a skin rash or any other sign of hypersensitivity. Serious and occasionally fatal hypersensitivity (anaphylactic) reactions, some following the first dose, have been reported in patients receiving systemic quinolones.

### Precautions:
Use of this product may result in overgrowth of non-susceptible organisms, including yeast and fungi. If the infection is not improved after one week of treatment, cultures should be obtained to guide further treatment.

The systemic administration of quinolones, including ciprofloxacin at doses much higher than given or absorbed by the otic route, has led to lesions or erosions of the cartilage in weight-bearing joints and other signs of arthropathy in immature animals of various species.

### Adverse Reactions:
The most commonly reported treatment-related adverse reactions in AOM patients with tympanostomy tubes: ear discomfort (3.0%), ear pain (2.3%), ear residue (0.5%), irritability (0.5%) and taste perversion (0.5%). The most commonly reported treatment-related adverse reactions in clinical trials in AOE patients: ear pruritus (1.5%), ear debris (0.6%), superimposed ear infection (0.6%), ear congestion (0.4%), ear pain (0.4%) and erythema (0.4%).

**For additional information about CIPRODEX® Otic, please refer to the accompanying full prescribing information.**

† This offer is not valid for patients who are enrolled in Medicare Part D, Medicaid, Medigap, VA, DOD, Tricare, or any other government-run or government-sponsored health care program with a pharmacy benefit. Additional eligibility terms and conditions apply, see DROPS101.com
‡ All requests are subject to Alcon review and approval.

**References:** 1. CIPRODEX® Otic Package Insert. 2. IMS Health, IMS National Prescription Audit™, January 2007–May 2015.

CIPRODEX is a registered trademark of Bayer Intellectual Property GmbH, licensed to Alcon by Bayer Intellectual Property GmbH.

---

### Simply fill out and fax back the completed form accompanying this letter to request FREE samples of CIPRODEX® Otic.

To have your fax number removed from our database, call this toll-free number 1-888-681-6252, enter document number 700271 and follow the prompts, or fax 1-866-248-5116.

© 2015 Novartis     07/15     CDX15027FX-C



**Alcon**
a Novartis company

Alcon Laboratories, Inc.
6201 South Freeway, Fort Worth, TX 76134-2099
T: 817.293.0450
www.alcon.com



## Please note that Alcon's sample request form has been updated. Incomplete requests will not be reviewed.

## Sample Request Form

*Requests are subject to approval by Alcon.  Submit only one request form per facility.*

**ACCT #**                                                                                          201501261155
**FACILITY NAME**
**DOCTOR'S NAME**   Agnieszka Skop
**ADDRESS**   800 Biesterfield Rd
**CITY ST ZIP**   Elk Grove Vlg, IL  60007

State License # _____   Phone # _____   Fax # _____

| NDC# | PRODUCT NAME | QTY |
|---|---|---|
| 0065-8533-03 | **CIPRODEX**® (CIPROFLOXACIN 0.3% and DEXAMETHASONE 0.1%) Sterile Otic Suspension, **1.5 mL** | 2 |

## SHIPMENT INFORMATION

**Please send a one-time shipment.**

## You must check the box below to be eligible to receive samples

☐ I confirm that:

- I am authorized by federal and state law to prescribe these medications;
- I understand that samples must not be sold, bartered or billed to any patient, payer or third party; and
- I routinely prescribe the products I am requesting in accordance with the FDA-approved indications.

Healthcare Provider's Signature: _____
                                        (No stamps or duplications)
Medical Designation: _____Date: _____

Collaborative Agreement Required: YES or NO (please circle)
If yes, collaborating physician's name: _____
State License # _____

**FDA Requirements:** The recipient of Rx sample shipments must sign and return an acknowledgement of receipt and confirmation of contents as indicated on the packing list of each shipment.

### Fax # 1-855-815-9289            Phone # 1-800-451-3937

**AC: CL**                                                    © 2015 Novartis    8/15    CDX15027FX-C

a Novartis company



## STERILE OTIC SUSPENSION

### DESCRIPTION

CIPRODEX® (ciprofloxacin 0.3% and dexamethasone 0.1%) Sterile Otic Suspension contains the synthetic broad-spectrum antibacterial agent, ciprofloxacin hydrochloride, combined with the anti-inflammatory corticosteroid, dexamethasone, in a sterile, preserved suspension for otic use. Each mL of CIPRODEX® Otic contains ciprofloxacin hydrochloride (equivalent to 3 mg ciprofloxacin base), 1 mg dexamethasone, and 0.1 mg benzalkonium chloride as a preservative. The inactive ingredients are boric acid, sodium chloride, hydroxyethyl cellulose, tyloxapol, acetic acid, sodium acetate, edetate disodium, and purified water. Sodium hydroxide or hydrochloric acid may be added for adjustment of pH.

Ciprofloxacin, a fluoroquinolone is available as the monohydrochloride monohydrate salt of 1-cyclopropyl-6-fluoro-1,4-dihydro-4-oxo-7-(1-piperazinyl)-3-quinolinecarboxylic acid. The empirical formula is C$_{17}$H$_{18}$FN$_3$O$_3$·HCl·H$_2$O and the structural formula is:

Dexamethasone, 9-fluoro-11(beta),17,21-trihydroxy-16(alpha)-methylpregna-1,4-diene-3,20-dione, is an anti-inflammatory corticosteroid. The empirical formula is C$_{22}$H$_{29}$FO$_5$ and the structural formula is:

### CLINICAL PHARMACOLOGY

**Pharmacokinetics:** Following a single bilateral 4-drop (total dose = 0.28 mL, 0.84 mg ciprofloxacin, 0.28 mg dexamethasone) topical otic dose of CIPRODEX® Otic to pediatric patients after tympanostomy tube insertion, measurable plasma concentrations of ciprofloxacin and dexamethasone were observed at 6 hours following administration in 2 of 9 patients and 5 of 9 patients, respectively.

Mean ± SD peak plasma concentrations of ciprofloxacin were 1.39 ± 0.880 ng/mL (n=9). Peak plasma concentrations ranged from 0.5-3 ng/mL to 3.45 ng/mL and were on average approximately 0.1% of peak plasma concentrations achieved with an oral dose of 250-mg [1]. Peak plasma concentrations of ciprofloxacin were observed within 15 minutes to 2 hours post dose application.

Mean ± SD peak plasma concentrations of dexamethasone were 1.14 ± 1.54 ng/mL (n=9). Peak plasma concentrations ranged from 0.135 ng/mL to 5.10 ng/mL and were on average approximately 14% of peak concentrations reported in the literature following an oral 0.5-mg tablet dose [1]. Peak plasma concentrations of dexamethasone were observed within 15 minutes to 2 hours post dose application.

Dexamethasone has been added to aid in the resolution of the inflammatory response accompanying bacterial infection (such as otorrhea in pediatric patients with AOM with tympanostomy tubes).

**Microbiology:** Ciprofloxacin has *in vitro* activity against a wide range of gram-positive and gram-negative microorganisms. The bactericidal action of ciprofloxacin results from interference with the enzyme, DNA gyrase, which is needed for the synthesis of bacterial DNA. Cross-resistance has been observed between ciprofloxacin and other fluoroquinolones. There is generally no cross-resistance between ciprofloxacin and other classes of antibacterial agents such as beta-lactams or aminoglycosides.

Ciprofloxacin has been shown to be active against most isolates of the following microorganisms, both *in vitro* and clinically in otic infections as described in the **INDICATIONS AND USAGE** section.

**Aerobic and facultative gram-positive microorganisms**
*Staphylococcus aureus*
*Streptococcus pneumoniae*

**Aerobic and facultative gram-negative microorganisms**
*Haemophilus influenzae*
*Moraxella catarrhalis*
*Pseudomonas aeruginosa*

### INDICATIONS AND USAGE

CIPRODEX® Otic is indicated for the treatment of infections caused by susceptible isolates of the designated microorganisms in the specific conditions listed below:

**Acute Otitis Media** in pediatric patients (age 6 months and older) with tympanostomy tubes due to *Staphylococcus aureus, Streptococcus pneumoniae, Haemophilus influenzae, Moraxella catarrhalis,* and *Pseudomonas aeruginosa.*

**Acute Otitis Externa** in pediatric (age 6 months and older), adult and elderly patients due to *Staphylococcus aureus* and *Pseudomonas aeruginosa.*

### CONTRAINDICATIONS

CIPRODEX® Otic is contraindicated in patients with a history of hypersensitivity to ciprofloxacin, to other quinolones, or to any of the components in this medication. Use of this product is contraindicated in viral infections of the external canal including herpes simplex infections.

### WARNINGS

**FOR OTIC USE ONLY**
(This product is not approved for ophthalmic use.)

**NOT FOR INJECTION**
CIPRODEX® Otic should be discontinued at the first appearance of a skin rash or any other sign of hypersensitivity. Serious and occasionally fatal hypersensitivity (anaphylactic) reactions, some following the first dose, have been reported in patients receiving systemic quinolones. Serious acute hypersensitivity reactions may require immediate emergency treatment.

### PRECAUTIONS

**General:** As with other antibacterial preparations, use of this product may result in overgrowth of nonsusceptible organisms, including yeast and fungi. If the infection is not improved after one week of treatment, cultures should be obtained to guide further treatment. If otorrhea persists after a full course of therapy, or if two or more episodes of otorrhea occur within six months, further evaluation is recommended to exclude an underlying condition such as cholesteatoma, foreign body, or a tumor.

The systemic administration of quinolones, including ciprofloxacin at doses much higher than given or absorbed by the otic route, has led to lesions or erosions of the cartilage in weight-bearing joints and other signs of arthropathy in immature animals of various species.

Guinea pigs dosed in the middle ear with CIPRODEX® Otic for one month exhibited no drug-related structural or functional changes of the cochlear hair cells and no lesions in the ossicles. CIPRODEX® Otic was also shown to lack dermal sensitizing potential in the guinea pig when tested according to the method of Buehler.

No signs of local irritation were found when CIPRODEX® Otic was applied topically on the rabbit eye.

**Information for Patients**
For otic use only. (This product is not approved for use in the eye.)
Warm the bottle in your hand for one to two minutes prior to use and shake well immediately before using.
Avoid contaminating the tip with material from the ear, fingers, or other sources.
Protect from light.
If rash or allergic reaction occurs, discontinue use immediately and contact your physician.
It is very important to use this product for as long as the doctor has instructed, **even if the symptoms improve.**
Discard unused portion after therapy is completed.

**Acute Otitis Media in pediatric patients with tympanostomy tubes:** Prior to administration of CIPRODEX® Otic in pediatric patients (6 months and older) with acute otitis media through tympanostomy tubes, the suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. The tragus should then be pumped 5 times by pushing inward to facilitate penetration of the drops into the middle ear. This position should be maintained for 60 seconds. Repeat, if necessary, for the opposite ear (see **DOSAGE AND ADMINISTRATION**).

**Acute Otitis Externa**
Prior to administration of CIPRODEX® Otic in patients with acute otitis externa, the suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. This position should be maintained for 60 seconds to facilitate penetration of the drops into the ear canal. Repeat, if necessary, for the opposite ear (see **DOSAGE AND ADMINISTRATION**).

**Drug Interactions**
Specific drug interaction studies have not been conducted with CIPRODEX® Otic.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
Long-term carcinogenicity studies in mice and rats have been completed for ciprofloxacin. After daily oral doses of 750 mg/kg (mice) and 250 mg/kg (rats) were administered for up to 2 years, there was no evidence that ciprofloxacin had any carcinogenic or tumorigenic effects in these species. No long-term studies of CIPRODEX® Otic have been performed to evaluate carcinogenic potential.

Eight *in vitro* mutagenicity tests have been conducted with ciprofloxacin, and the test results are listed below:

Salmonella/Microsome Test (Negative)
E. coli DNA Repair Assay (Negative)
Mouse Lymphoma Cell Forward Mutation Assay (Positive)
Chinese Hamster V79 Cell HGPRT Test (Negative)
Syrian Hamster Embryo Cell Transformation Assay (Negative)
Saccharomyces cerevisiae Point Mutation Assay (Negative)
Saccharomyces cerevisiae Mitotic Crossover and Gene Conversion Assay (Negative)
Rat Hepatocyte DNA Repair Assay (Positive)

Thus, 2 of the 8 tests were positive, but results of the following 3 *in vivo* test systems gave negative results:
Rat Hepatocyte DNA Repair Assay
Micronucleus Test (Mice)
Dominant Lethal Test (Mice)

Fertility studies performed in rats at oral doses of ciprofloxacin up to 100 mg/kg/day revealed no evidence of impairment. This would be over 100 times the maximum recommended clinical dose of ototopical ciprofloxacin based upon body surface area, assuming total absorption of ciprofloxacin from the ear of a patient treated with CIPRODEX® Otic twice per day according to label directions.

Long-term studies have not been performed to evaluate the carcinogenic potential of topical otic dexamethasone. Dexamethasone has been tested for *in vitro* and *in vivo* genotoxic potential and shown to be positive in the following assays; chromosomal aberrations, sister-chromatid exchange in human lymphocytes and micronuclei and sister-chromatid exchanges in mouse bone marrow. However, the Ames/Salmonella assay, both with and without S9 mix, did not show any increase in his- revertants.

The effect of dexamethasone on fertility has not been investigated following topical otic application. However, the lowest toxic dose of dexamethasone identified following topical dermal application was 1.822 mg/kg in a 26-week study in male rats and resulted in changes to the testes, epididymis, sperm duct, prostate, seminal vesicle, Cowper's gland and accessory glands. The relevance of this study for short term topical otic use is unknown.

**Pregnancy**
**Teratogenic Effects. Pregnancy Category C:**
Reproduction studies have been performed in rats and mice using oral doses of up to 100 mg/kg and IV doses up to 30 mg/kg and have revealed no evidence of harm to the fetus as a result of ciprofloxacin. In rabbits, ciprofloxacin (30 and 100 mg/kg orally) produced gastrointestinal disturbances resulting in maternal weight loss and an increased incidence of abortion, but no teratogenicity was observed at either dose. After intravenous administration of doses up to 20 mg/kg, no maternal toxicity was produced in the rabbit, and no embryotoxicity or teratogenicity was observed.

Corticosteroids are generally teratogenic in laboratory animals when administered systemically at relatively low dosage levels. The more potent corticosteroids have been shown to be teratogenic after dermal application in laboratory animals.

Animal reproduction studies have not been conducted with CIPRODEX® Otic. No adequate and well controlled studies have been performed in pregnant women. Caution should be exercised when CIPRODEX® Otic is used by a pregnant woman.

**Nursing Mothers:**
Ciprofloxacin and corticosteroids, as a class, appear in milk following oral administration. Dexamethasone in breast milk could suppress growth, interfere with endogenous corticosteroid production, or cause other untoward effects. It is not known whether topical otic administration of ciprofloxacin or dexamethasone could result in sufficient systemic absorption to produce detectable quantities in human milk. Because of the potential for unwanted effects in nursing infants, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:**
The safety and efficacy of CIPRODEX® Otic have been established in pediatric patients 6 months and older (321 patients) in adequate and well-controlled clinical trials. Although no data are available on patients less than age 6 months, there are no known safety concerns or differences in the disease process in this population that would preclude use of this product. (See **DOSAGE AND ADMINISTRATION**.)

No clinically relevant changes in hearing function were observed in 89 pediatric patients (age 4 to 12 years) treated with CIPRODEX® Otic and tested for audiometric parameters.

### ADVERSE REACTIONS

In Phases II and III clinical trials, a total of 937 patients were treated with CIPRODEX® Otic. This included 400 patients with acute otitis media with tympanostomy tubes and 537 patients with acute otitis externa. The reported treatment-related adverse events are listed below.

#### Acute Otitis Media in pediatric patients with tympanostomy tubes

The following treatment-related adverse events occurred in 0.5% or more of the patients with non-intact tympanic membranes.

| Adverse Event | Incidence (N=400) |
|---|---|
| Ear discomfort | 3.0% |
| Ear pain | 2.3% |
| Ear precipitate (residue) | 0.5% |
| Irritability | 0.5% |
| Taste perversion | 0.5% |

The following treatment-related adverse events were each reported in a single patient: tympanostomy tube blockage; ear pruritus; tinnitus; oral moniliasis; crying; dizziness; and erythema.

#### Acute Otitis Externa

The following treatment-related adverse events occurred in 0.4% or more of the patients with intact tympanic membranes.

| Adverse Event | Incidence (N=537) |
|---|---|
| Ear pruritus | 1.5% |
| Ear debris | 0.6% |
| Superimposed ear infection | 0.6% |
| Ear congestion | 0.4% |
| Ear pain | 0.4% |
| Erythema | 0.4% |

The following treatment-related adverse events were each reported in a single patient: ear discomfort; decreased hearing; and ear disorder (tingling).

### DOSAGE AND ADMINISTRATION

**CIPRODEX® OTIC SHOULD BE SHAKEN WELL IMMEDIATELY BEFORE USE**

CIPRODEX® Otic contains 3 mg (3000 ug/mL) ciprofloxacin and 1 mg/mL dexamethasone.

**Acute Otitis Media in pediatric patients with tympanostomy tubes:** The recommended dosage regimen for the treatment of acute otitis media in pediatric patients (age 6 months and older) through tympanostomy tubes is:

Four drops (0.14 mL, 0.42 mg ciprofloxacin, 0.14 mg dexamethasone) instilled into the affected ear twice daily for seven days. The suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness, which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. The tragus should then be pumped 5 times by pushing inward to facilitate penetration of the drops into the middle ear. This position should be maintained for 60 seconds. Repeat, if necessary, for the opposite ear. Discard unused portion after therapy is completed.

**Acute Otitis Externa:** The recommended dosage regimen for the treatment of acute otitis externa is: For patients (age 6 months and older). Four drops (0.14 mL, 0.42 mg ciprofloxacin, 0.14 mg dexamethasone) instilled into the affected ear twice daily for seven days. The suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness, which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. This position should be maintained for 60 seconds to facilitate penetration of the drops into the ear canal. Repeat, if necessary, for the opposite ear. Discard unused portion after therapy is completed.

### HOW SUPPLIED

CIPRODEX® (ciprofloxacin 0.3% and dexamethasone 0.1%) Sterile Otic Suspension is supplied as follows: 7.5 mL fill in a DROP-TAINER® system. The DROP-TAINER® system consists of a natural polyethylene bottle and natural plug, with a white polypropylene closure. Tamper evidence is provided with a shrink band around the closure and neck area of the package.

NDC 0065-8533-02, 7.5 mL fill

**Storage:**
Store at controlled room temperature, 15° C to 30° C (59° F to 86° F). Avoid freezing. Protect from light.

### Clinical Studies:

In a randomized, multicenter, controlled clinical trial, CIPRODEX® Otic dosed 2 times per day for 7 days demonstrated clinical cures in the per protocol analysis in 86% of AOMT patients compared to 79% for ofloxacin solution, 0.3%, dosed 2 times per day for 10 days. Among culture positive patients, clinical cures were 90% for CIPRODEX® Otic compared to 79% for ofloxacin solution, 0.3%. Microbiological eradication rates for these patients in the same clinical trial were 91% for CIPRODEX® Otic compared to 82% for ofloxacin solution, 0.3%. In 2 randomized multicenter, controlled clinical trials, CIPRODEX® Otic dosed 2 times per day for 7 days demonstrated clinical cures in 87% and 94% of per protocol evaluable AOE patients, respectively, compared to 84% and 89%, respectively, for otic suspension containing neomycin 0.35%, polymyxin B 10,000 IU/mL, and hydrocortisone 1.0% (neo/poly/HC). Among culture positive patients clinical cures were 86% and 92% for CIPRODEX® Otic compared to 84% and 89%, respectively, for neo/poly/HC. Microbiological eradication rates for these patients in the same clinical trials were 86% and 92% for CIPRODEX® Otic compared to 85% and 85%, respectively, for neo/poly/HC.

### References:

1. Campoli-Richards DM, Monk JP, Price A, Benfield P, Todd PA, Ward A. Ciprofloxacin: A review of its antibacterial activity, pharmacokinetic properties and therapeutic use. Drugs 1988;35:373-447.

2. Loew D, Schuster O, and Graul E. Dose-dependent pharmacokinetics of dexamethasone. Eur J Clin Pharmacol 1986;30:225-230.

U.S. Patent Nos. 6,284,804; 6,359,016
Licensed to Alcon, Inc. by Bayer Schering Pharma AG.
CIPRODEX is a registered trademark of Bayer AG, licensed to Alcon, Inc. by Bayer AG.
Rx Only
©2003, 2004, 2008, 2009 Alcon, Inc.
Revision date: 17 July 2003

### PATIENT INFORMATION

CIPRODEX® (CI-PRO-DEX)
(ciprofloxacin 0.3% and dexamethasone 0.1%)
Sterile Otic Suspension

---

### IMPORTANT PATIENT INFORMATION AND INSTRUCTIONS.
### READ BEFORE USE.

#### What is CIPRODEX® Otic?

CIPRODEX® Otic is an antibiotic/steroid combination product in a sterile suspension used to treat:

- **Middle Ear Infection with Drainage Through a Tube in Children 6 months and older:** A middle ear infection is a bacterial infection behind the eardrum. People with a tube in the eardrum may notice drainage from the ear canal.

- **Outer Ear Canal Infection in Patients 6 months and older:** An outer ear canal infection, also known as "Swimmer's Ear", is a bacterial infection of the outer ear canal. The ear canal and the outer part of the ear may swell, turn red, and be painful. Also, a fluid discharge may appear in the ear canal.

#### Who should NOT use CIPRODEX® Otic?

- Do not use this product if allergic to ciprofloxacin or to other quinolone antibiotics
- Do not use this product if allergic to dexamethasone or to other steroids
- Do not give this product to pediatric patients who are less than 6 months old

#### How often should CIPRODEX® Otic be given?

CIPRODEX® Otic ear drops should be given 2 times each day (about 12 hours apart, for example, 8 AM and 8 PM) in each infected ear unless the doctor has instructed otherwise. The best times to use the ear drops are in the morning and at night; it is very important to use the ear drops for as long as the doctor has instructed, **even if the symptoms improve.** If CIPRODEX® Otic ear drops are not used for as long as the doctor has instructed, the infection may return.

#### What if a dose is missed?

If a dose of CIPRODEX® Otic is missed, it should be given as soon as possible. If it is almost time for the next dose, skip the missed dose and go back to the regular dosing schedule. Do not use a double dose unless the doctor has instructed you to do so. If the infection is not improved after one week, you should consult your doctor. If you have two or more episodes of drainage within six months, it is recommended you see your doctor for further evaluation.

#### What activities should be avoided while using CIPRODEX® Otic?

It is important that the infected ear(s) remain clean and dry. When bathing, avoid getting the infected ear(s) wet. Avoid swimming unless the doctor has instructed otherwise.

#### What are the possible side effects of CIPRODEX® Otic?

During the testing of CIPRODEX® Otic for middle ear infections, the most common side effect related to CIPRODEX® Otic was ear discomfort that occurred in up to 3 out of 100 patients. Other common side effects were: ear pain; ear precipitate (residue); irritability; and abnormal taste. During the testing of CIPRODEX® Otic for ear canal infections, the most common side effect related to CIPRODEX® Otic was itching of the ear that occurred in 1 to 2 out of 100 patients. Other common side effects were: ear debris; ear infection in the treated ear; ear congestion; ear pain; and rash.

If any of these side effects persist, call the doctor.

If an allergic reaction to CIPRODEX® Otic occurs, stop using the product and contact your doctor.

#### DO NOT TAKE BY MOUTH

If CIPRODEX® Otic is accidentally swallowed or overdose occurs, call the doctor immediately. This medicine is available only with a doctor's prescription. Use only as directed. Do not use this medicine if outdated. If you wish to learn more about CIPRODEX® Otic, call your doctor or pharmacist.

#### HOW SUPPLIED

CIPRODEX® Otic is supplied as follows: 7.5 mL fill in a DROP-TAINER® system. The DROP-TAINER® system consists of a natural polyethylene bottle and natural plug, with a white polypropylene closure. Tamper evidence is provided with a shrink band around the closure and neck area of the package.
NDC 0065-8533-02, 7.5 mL fill

**Storage:**
Store at controlled room temperature, 15° C to 30° C (59° F to 86° F). Avoid freezing. Protect from light.

U.S. Patent Nos. 6,284,804; 6,359,016
Licensed to Alcon, Inc. by Bayer Schering Pharma AG.
CIPRODEX is a registered trademark of Bayer AG, licensed to Alcon, Inc. by Bayer AG.
Rx Only
©2003, 2004, 2008, 2009 Alcon, Inc.

**How should CIPRODEX® Otic be given?**


1. Wash hands


2. Warm & shake bottle



3. Add drops



The person giving CIPRODEX® Otic should wash his/her hands with soap and water.

Hold the bottle of CIPRODEX® Otic in the hand for several minutes to warm the suspension, then shake well.

The person receiving CIPRODEX® Otic should lie on his/her side with the infected ear up.

Patients should have 4 drops of CIPRODEX® Otic put into the infected ear. The tip of the bottle should not touch the fingers or the ear, or any other surfaces.

**BE SURE TO FOLLOW INSTRUCTIONS BELOW FOR THE PATIENT'S SPECIFIC EAR INFECTION.**


**4. For Patients with Middle Ear Infection with Tubes:**


**5. For Patients with Outer Ear Infection ("Swimmer's Ear"):**


**6. Stay on side**

When the person receiving CIPRODEX® Otic lies on his/her side, the person giving the drops should gently press the tragus (see diagram) 5 times in a pumping motion. This will allow the drops to pass through the tube in the eardrum and into the middle ear.

While the person receiving the drops lies on his/her side, the person giving the drops should gently pull the outer ear (see diagram) both ways. This will allow the ear drops to flow down into the ear canal.

The person who received the ear drops should remain on his/her side for at least 60 seconds.

Repeat Steps 2-5 for the other ear if both ears are infected.

©2010 Alcon, Inc.   3/10   CDX10500PI


**Alcon**

# EXHIBIT D

**To:** Agnes Emerle
**Fax #:** (847) 390-0001
**From:** Alcon
**Date:** November 19, 2015
**Pages:** 4

## Re: Fax Back to Request Free CIPRODEX® Otic Samples

Dear Dr. Emerle,

# DISCOVER...

## CIPRODEX® (ciprofloxacin 0.3% and dexamethasone 0.1%) Sterile Otic Suspension



- Demonstrated efficacy for both AOE and AOMT infections caused by susceptible isolates[1]*

- The #1 prescribed otic antibiotic drop among otolaryngologists and pediatricians since 2007[2]

- Recommend **DROPS101.com** to your patients for savings information,[†] education on AOE and AOMT, and fun games





**STERILE OTIC SUSPENSION**

**REQUEST SAMPLES‡**

### *INDICATIONS AND USAGE
CIPRODEX® Otic is indicated for the treatment of infections caused by susceptible isolates of the designated microorganisms in the specific conditions listed below: **Acute Otitis Media (AOM) in pediatric patients (age 6 months and older) with tympanostomy tubes** due to *Staphylococcus aureus, Streptococcus pneumoniae, Haemophilus influenzae, Moraxella catarrhalis,* and *Pseudomonas aeruginosa.* **Acute Otitis Externa (AOE) in pediatric (age 6 months and older),** adult and elderly patients due to *Staphylococcus aureus* and *Pseudomonas aeruginosa.*

### Dosage and Administration:
The recommended dosage is four drops of CIPRODEX® Otic suspension into the affected ear twice daily for seven days.

### IMPORTANT SAFETY INFORMATION

### Contraindications:
CIPRODEX® Otic is contraindicated in patients with a history of hypersensitivity to ciprofloxacin, to other quinolones, or to any of the components in this medication. Use of this product is contraindicated in viral infections of the external canal including herpes simplex infections.

### Warnings:
**FOR TOPICAL OTIC USE ONLY; NOT FOR INJECTION.** This product is not approved for ophthalmic use. CIPRODEX® Otic should be discontinued at the first appearance of a skin rash or any other sign of hypersensitivity. Serious and occasionally fatal hypersensitivity (anaphylactic) reactions, some following the first dose, have been reported in patients receiving systemic quinolones.

### Precautions:
Use of this product may result in overgrowth of non-susceptible organisms, including yeast and fungi. If the infection is not improved after one week of treatment, cultures should be obtained to guide further treatment.

The systemic administration of quinolones, including ciprofloxacin at doses much higher than given or absorbed by the otic route, has led to lesions or erosions of the cartilage in weight-bearing joints and other signs of arthropathy in immature animals of various species.

### Adverse Reactions:
The most commonly reported treatment-related adverse reactions in AOM patients with tympanostomy tubes: ear discomfort (3.0%), ear pain (2.3%), ear residue (0.5%), irritability (0.5%) and taste perversion (0.5%). The most commonly reported treatment-related adverse reactions in clinical trials in AOE patients: ear pruritus (1.5%), ear debris (0.6%), superimposed ear infection (0.6%), ear congestion (0.4%), ear pain (0.4%) and erythema (0.4%).

**For additional information about CIPRODEX® Otic, please refer to the accompanying full prescribing information.**

[†] This offer is not valid for patients who are enrolled in Medicare Part D, Medicaid, Medigap, VA, DOD, Tricare, or any other government-run or government-sponsored health care program with a pharmacy benefit. Additional eligibility terms and conditions apply, see DROPS101.com
[‡] All requests are subject to Alcon review and approval.

**References:** 1. CIPRODEX® Otic Package Insert. 2. IMS Health, IMS National Prescription Audit™, January 2007–May 2015.

CIPRODEX is a registered trademark of Bayer Intellectual Property GmbH, licensed to Alcon by Bayer Intellectual Property GmbH.

### ▶ Simply fill out and fax back the completed form accompanying this letter to request FREE samples of CIPRODEX® Otic. ◀

To have your fax number removed from our database, call this toll-free number 1-888-681-5252, enter document number 700271 and follow the prompts, or fax 1-866-248-5116.

© 2015 Novartis    07/15    CDX15C27/FX-C




**Alcon**
a Novartis company

Alcon Laboratories, Inc.
6201 South Freeway, Fort Worth, TX 76134-2099
T: 817.293.0450
www.alcon.com



## **Please note that Alcon's sample request form has been updated. Incomplete requests will not be reviewed.**

## Sample Request Form

*Requests are subject to approval by Alcon.  Submit only one request form per facility.*

**ACCT #**
**FACILITY NAME**                                                                                    201501258204
**DOCTOR'S NAME**  Agnes Emerle
**ADDRESS**  800 Biesterfield Rd
**CITY ST ZIP**  Elk Grove Vlg, IL  60007

State License # _____    Phone # _____    Fax # _____

| NDC# | PRODUCT NAME | QTY |
|------|-------------|-----|
| 0065-8533-03 | **CIPRODEX®** (CIPROFLOXACIN 0.3% and DEXAMETHASONE 0.1%) Sterile Otic Suspension, **1.5 mL** | 2 |

## SHIPMENT INFORMATION

Please send a one-time shipment.

# You must check the box below to be eligible to receive samples

☐ I confirm that:

• I am authorized by federal and state law to prescribe these medications;

• I understand that samples must not be sold, bartered or billed to any patient, payer or third party; and

• I routinely prescribe the products I am requesting in accordance with the FDA-approved indications.

Healthcare Provider's Signature: _____
                                (No stamps or duplications)
Medical Designation: _____  Date: _____

Collaborative Agreement Required: YES or NO (please circle)
If yes, collaborating physician's name: _____
State License # _____

**FDA Requirements:** The recipient of Rx sample shipments must sign and return an acknowledgement of receipt and confirmation of contents as indicated on the packing list of each shipment.

### Fax # 1-855-815-9289                    Phone # 1-800-451-3937

**AC: CL**                                        © 2015 Novartis    8/15    CDX15027FX-C

a Novartis company



**CIPRODEX**
(ciprofloxacin 0.3% and dexamethasone 0.1%)
**STERILE OTIC SUSPENSION**

## DESCRIPTION

CIPRODEX® (ciprofloxacin 0.3% and dexamethasone 0.1%) Sterile Otic Suspension contains the synthetic broad-spectrum antibacterial agent, ciprofloxacin hydrochloride, combined with the anti-inflammatory corticosteroid, dexamethasone, in a sterile, preserved suspension for otic use. Each mL of CIPRODEX® Otic contains ciprofloxacin hydrochloride (equivalent to 3 mg ciprofloxacin base), 1 mg dexamethasone, and 0.1 mg benzalkonium chloride as a preservative. The inactive ingredients are boric acid, sodium chloride, hydroxyethyl cellulose, tyloxapol, acetic acid, sodium acetate, edetate disodium, and purified water. Sodium hydroxide or hydrochloric acid may be added for adjustment of pH.

Ciprofloxacin, a fluoroquinolone is available as the monohydrochloride monohydrate salt of 1-cyclopropyl-6-fluoro-1,4-dihydro-4-oxo-7-(1-piperazinyl)-3-quinolinecarboxylic acid. The empirical formula is $C_{17}H_{18}FN_3O_3 \cdot HCl \cdot H_2O$ and the structural formula is:

Dexamethasone, 9-fluoro-11(beta),17,21-trihydroxy-16(alpha)-methylpregna-1,4-diene-3,20-dione, is an anti-inflammatory corticosteroid. The empirical formula is $C_{22}H_{29}FO_5$ and the structural formula is:

## CLINICAL PHARMACOLOGY

**Pharmacokinetics:** Following a single bilateral 4-drop (total dose = 0.28 mL, 0.84 mg ciprofloxacin, 0.28 mg dexamethasone) topical otic dose of CIPRODEX® Otic to pediatric patients after tympanostomy tube insertion, measurable plasma concentrations of ciprofloxacin and dexamethasone were observed at 6 hours following administration in 2 of 9 patients and 5 of 9 patients, respectively.

Mean ± SD peak plasma concentrations of ciprofloxacin were 1.39 ± 0.880 ng/mL (n=9). Peak plasma concentrations ranged from 3.9 ng/mL to 9.46 ng/mL and were on average approximately 0.1% of peak plasma concentrations achieved with an oral dose of 250-mg [1]. Peak plasma concentrations of ciprofloxacin were observed within 15 minutes to 2 hours post dose application.

Mean ± SD peak plasma concentrations of dexamethasone were 1.14 ± 1.54 ng/mL (n=9). Peak plasma concentrations ranged from 0.135 ng/mL to 5.10 ng/mL and were on average approximately 14% of peak concentrations reported in the literature following an oral 0.5-mg tablet dose[2]. Peak plasma concentrations of dexamethasone were observed within 15 minutes to 2 hours post dose application.

Dexamethasone has been added to aid in the resolution of the inflammatory response accompanying bacterial infection (such as otorrhea in pediatric patients with AOM with tympanostomy tubes).

**Microbiology:** Ciprofloxacin has in vitro activity against a wide range of gram-positive and gram-negative microorganisms. The bactericidal action of ciprofloxacin results from interference with the enzyme, DNA gyrase, which is needed for the synthesis of bacterial DNA. Cross-resistance has been observed between ciprofloxacin and other fluoroquinolones. There is generally no cross-resistance between ciprofloxacin and other classes of antibacterial agents such as beta-lactams or aminoglycosides.

Ciprofloxacin has been shown to be active against most isolates of the following microorganisms, both in vitro and clinically in otic infections as described in the INDICATIONS AND USAGE section.

**Aerobic and facultative gram-positive microorganisms**
Staphylococcus aureus
Streptococcus pneumoniae

**Aerobic and facultative gram-negative microorganisms**
Haemophilus influenzae
Moraxella catarrhalis
Pseudomonas aeruginosa

## INDICATIONS AND USAGE

CIPRODEX® Otic is indicated for the treatment of infections caused by susceptible isolates of the designated microorganisms in the specific conditions listed below:

**Acute Otitis Media** in pediatric patients (age 6 months and older) with tympanostomy tubes due to Staphylococcus aureus, Streptococcus pneumoniae, Haemophilus influenzae, Moraxella catarrhalis, and Pseudomonas aeruginosa.

**Acute Otitis Externa** in pediatric (age 6 months and older), adult and elderly patients due to Staphylococcus aureus and Pseudomonas aeruginosa.

## CONTRAINDICATIONS

CIPRODEX® Otic is contraindicated in patients with a history of hypersensitivity to ciprofloxacin, to other quinolones, or to any of the components in this medication. Use of this product is contraindicated in viral infections of the external canal including herpes simplex infections.

## WARNINGS

**FOR OTIC USE ONLY**
(This product is not approved for ophthalmic use.)

**NOT FOR INJECTION**

CIPRODEX® Otic should be discontinued at the first appearance of a skin rash or any other sign of hypersensitivity. Serious and occasionally fatal hypersensitivity (anaphylactic) reactions, some following the first dose, have been reported in patients receiving systemic quinolones. Serious acute hypersensitivity reactions may require immediate emergency treatment.

## PRECAUTIONS

**General:** As with other antibacterial preparations, use of this product may result in overgrowth of nonsusceptible organisms, including yeast and fungi. If the infection is not improved after one week of treatment, cultures should be obtained to guide further treatment. If otorrhea persists after a full course of therapy, or if two or more episodes of otorrhea occur within six months, further evaluation is recommended to exclude an underlying condition such as cholesteatoma, foreign body, or a tumor.

The systemic administration of quinolones, including ciprofloxacin at doses much higher than given or absorbed by the otic route, has led to lesions or erosions of the cartilage in weight-bearing joints and other signs of arthropathy in immature animals of various species.

Guinea pigs dosed in the middle ear with CIPRODEX® Otic for one month exhibited no drug-related structural or functional changes of the cochlear hair cells and no lesions in the ossicles. CIPRODEX® Otic was also shown to lack dermal sensitizing potential in the guinea pig when tested according to the method of Buehler.

No signs of local irritation were found when CIPRODEX® Otic was applied topically in the rabbit eye.

**Information for Patients**

For otic use only. (This product is not approved for use in the eye.)
Warm the bottle in your hand for one to two minutes prior to use and shake well immediately before using.
Avoid contaminating the tip with material from the ear, fingers, or other sources.
Protect from light.
If rash or allergic reaction occurs, discontinue use immediately and contact your physician.
It is very important to use the ear drops for as long as the doctor has instructed, **even if the symptoms improve.**
Discard unused portion after therapy is completed.

**Acute Otitis Media in pediatric patients with tympanostomy tubes** Prior to administration of CIPRODEX® Otic in patients (6 months and older) with acute otitis media through tympanostomy tubes, the suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. The tragus should then be pumped 5 times by pushing inward to facilitate penetration of the drops into the middle ear. This position should be maintained for 60 seconds. Repeat, if necessary, for the opposite ear (see DOSAGE AND ADMINISTRATION).

**Acute Otitis Externa** Prior to administration of CIPRODEX® Otic in patients with acute otitis externa, the suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. This position should be maintained for 60 seconds to facilitate penetration of the drops into the ear canal. Repeat, if necessary, for the opposite ear (see DOSAGE AND ADMINISTRATION).

**Drug Interactions**
Specific drug interaction studies have not been conducted with CIPRODEX® Otic.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
Long-term carcinogenicity studies in mice and rats have been completed for ciprofloxacin. After daily oral doses of 750 mg/kg (mice) and 250 mg/kg (rats) were administered for up to 2 years, there was no evidence that ciprofloxacin had any carcinogenic or tumorigenic effects in these species. No long-term studies of CIPRODEX® Otic have been performed to evaluate carcinogenic potential.

Eight in vitro mutagenicity tests have been conducted with ciprofloxacin, and the test results are listed below:

Salmonella/Microsome Test (Negative)
E. coli DNA Repair Assay (Negative)
Mouse Lymphoma Cell Forward Mutation Assay (Positive)
Chinese Hamster V79 Cell HGPRT Test (Negative)
Syrian Hamster Embryo Cell Transformation Assay (Negative)
Saccharomyces cerevisiae Point Mutation Assay (Negative)
Saccharomyces cerevisiae Mitotic Crossover and Gene Conversion Assay (Negative)
Rat Hepatocyte DNA Repair Assay (Positive)

Thus, 2 of the 8 tests were positive, but results of the following 3 in vivo test systems gave negative results:
Rat Hepatocyte DNA Repair Assay (Positive)
Micronucleus Test (Mice)
Dominant Lethal Test (Mice)

Fertility studies performed in rats at oral doses of ciprofloxacin up to 100 mg/kg/day revealed no evidence of impairment. This would be over 100 times the maximum recommended clinical dose of otological ciprofloxacin based upon body surface area, assuming total absorption of ciprofloxacin from the ear of a patient treated with CIPRODEX® Otic twice per day according to label directions.

Long-term studies have not been performed to evaluate the carcinogenic potential of topical otic dexamethasone. Dexamethasone has been tested for in vitro and in vivo genotoxic potential and shown to be positive in the following assays; chromosomal aberrations, sister-chromatid exchange in human lymphocytes and micronuclei and sister-chromatid exchanges in mouse bone marrow. However, the Ames/Salmonella assay, both with and without S9 mix, did not show any increase in His+ revertants.

The effect of dexamethasone on fertility has not been investigated following topical otic application. However, the lowest toxic dose of dexamethasone identified following topical dermal application was 1.802 mg/kg in a 26-week study in male rats and resulted in changes to the testes, epididymis, sperm duct, prostate, seminal vesicle, Cowper's gland and accessory glands. The relevance of this study for short term topical otic use is unknown.

**Pregnancy**

**Teratogenic Effects, Pregnancy Category C:**
Reproduction studies have been performed in rats and mice using oral doses of up to 100 mg/kg and IV doses up to 30 mg/kg and have revealed no evidence of harm to the fetus as a result of ciprofloxacin. In rabbits, ciprofloxacin (30 and 100 mg/kg orally) produced gastrointestinal disturbances resulting in maternal weight loss and an increased incidence of abortion, but no teratogenicity was observed at either dose. After intravenous administration of doses up to 20 mg/kg, no maternal toxicity was produced in the rabbit, and no embryotoxicity or teratogenicity was observed.

Corticosteroids are generally teratogenic in laboratory animals when administered systemically at relatively low dosage levels. The more potent corticosteroids have been shown to be teratogenic after dermal application in laboratory animals.

Animal reproduction studies have not been conducted with CIPRODEX® Otic. No adequate and well controlled studies have been performed in pregnant women. Caution should be exercised when CIPRODEX® Otic is used by a pregnant woman.

**Nursing Mothers:**
Ciprofloxacin and corticosteroids, as a class, appear in milk following oral administration. Dexamethasone in breast milk could suppress growth, interfere with endogenous corticosteroid production, or cause other untoward effects. It is not known whether topical otic administration of ciprofloxacin or dexamethasone could result in sufficient systemic absorption to produce detectable quantities in human milk. Because of the potential for unwanted effects in nursing infants, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:**
The safety and efficacy of CIPRODEX® Otic have been established in pediatric patients 6 months and older (332 patients) in adequate and well controlled clinical trials. Although no data are available on patients less than age 6 months, there are no known safety concerns or differences in the disease process in this population that would preclude use of this product. (See DOSAGE AND ADMINISTRATION.)

No clinically relevant changes in hearing function were observed in 69 pediatric patients (age 4 to 12 years) treated with CIPRODEX® Otic and tested for audiometric parameters.

## ADVERSE REACTIONS

In Phases II and III clinical trials, a total of 937 patients were treated with CIPRODEX® Otic. This included 400 patients with acute otitis media with tympanostomy tubes and 537 patients with acute otitis externa. The reported treatment-related adverse events are listed below.

### Acute Otitis Media in pediatric patients with tympanostomy tubes

The following treatment-related adverse events occurred in 0.5% or more of the patients with non-intact tympanic membranes.

| Adverse Event | Incidence (N=400) |
|---|---|
| Ear discomfort | 3.0% |
| Ear pain | 2.3% |
| Ear precipitate (residue) | 0.5% |
| Irritability | 0.5% |
| Taste perversion | 0.5% |

The following treatment-related adverse events were each reported in a single patient: tympanostomy tube blockage; ear pruritus; tinnitus; oral moniliasis; crying; dizziness; and erythema.

### Acute Otitis Externa

The following treatment-related adverse events occurred in 0.4% or more of the patients with intact tympanic membranes.

| Adverse Event | Incidence (N=537) |
|---|---|
| Ear pruritus | 1.5% |
| Ear debris | 0.6% |
| Superimposed ear infection | 0.6% |
| Ear congestion | 0.4% |
| Ear pain | 0.4% |
| Erythema | 0.4% |

The following treatment-related adverse events were each reported in a single patient: ear discomfort; decreased hearing; and ear disorder (tingling).

## DOSAGE AND ADMINISTRATION

### CIPRODEX® OTIC SHOULD BE SHAKEN WELL IMMEDIATELY BEFORE USE

CIPRODEX® Otic contains 3 mg (3000 ug/mL) ciprofloxacin and 1 mg/mL dexamethasone.

### Acute Otitis Media in pediatric patients with tympanostomy tubes: The

recommended dosage regimen for the treatment of acute otitis media in pediatric patients (age 6 months and older) through tympanostomy tubes is:

Four drops (0.14 mL, 0.42 mg ciprofloxacin, 0.14 mg dexamethasone) instilled into the affected ear twice daily for seven days. The suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness, which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. The tragus should then be pumped 5 times by pushing inward to facilitate penetration of the drops into the middle ear. This position should be maintained for 60 seconds. Repeat, if necessary, for the opposite ear. Discard unused portion after therapy is completed.

### Acute Otitis Externa: The recommended dosage regimen for the treatment of acute otitis

externa is: For patients (age 6 months and older): Four drops (0.14 mL, 0.42 mg ciprofloxacin, 0.14 mg dexamethasone) instilled into the affected ear twice daily for seven days. The suspension should be warmed by holding the bottle in the hand for one or two minutes to avoid dizziness, which may result from the instillation of a cold suspension. The patient should lie with the affected ear upward, and then the drops should be instilled. This position should be maintained for 60 seconds to facilitate penetration of the drops into the ear canal. Repeat, if necessary, for the opposite ear. Discard unused portion after therapy is completed.

## HOW SUPPLIED

CIPRODEX® (ciprofloxacin 0.3% and dexamethasone 0.1%) Sterile Otic Suspension is supplied as follows: 7.5 mL fill in a DROP-TAINER® system. The DROP-TAINER® system consists of a natural polyethylene bottle and natural plug, with a white polypropylene closure. Tamper evidence is provided with a shrink band around the closure and neck area of the package.

NDC 0065-8533-02, 7.5 mL fill

### Storage:

Store at controlled room temperature, 15°C to 30°C (59°F to 86°F). Avoid freezing. Protect from light.

### Clinical Studies:

In a randomized, multicenter, controlled clinical trial, CIPRODEX® Otic dosed 2 times per day for 7 days demonstrated clinical cures in the per protocol analysis in 86% of AOM1 patients compared to 72% for ofloxacin solution, 0.3%, dosed 2 times per day for 10 days. Among culture positive patients, clinical cures rates for CIPRODEX® Otic compared to the same clinical trial were 91% for CIPRODEX® Otic compared to 92% for ofloxacin solution, 0.3%. In 2 randomized multicenter, controlled clinical trials, CIPRODEX® Otic dosed 2 times per day for 7 days demonstrated clinical cures in 87% and 94% of per protocol evaluable AOE patients, respectively, compared to 84% and 89%, respectively, for otic suspension containing neomycin 0.35%, polymyxin B 10,000 IU/mL, and hydrocortisone 1.0% (neo/poly/HC). Among culture positive patients clinical cures were 86% and 92% for CIPRODEX® Otic compared to 84% and 89%, respectively, for neo/poly/HC. Microbiological eradication rates for these patients in the same clinical trials were 86% and 92% for CIPRODEX® Otic compared to 85% and 85%, respectively, for neo/poly/HC.

### References:

1. Campoli-Richards DM, Monk JP, Price A, Benfield P, Todd PA, Ward A. Ciprofloxacin: A review of its anti-bacterial activity, pharmacokinetic properties and therapeutic use. Drugs 1988;35:373-447.

2. Lanao JP, Schuster D, and Graul F. Dose-dependent pharmacokinetics of dexamethasone. Eur J Clin Pharmacol 1986;30:228-230.

U.S. Patent Nos. 6,284,804; 6,359,016

Licensed to Alcon, Inc. by Bayer Schering Pharma AG.
CIPRODEX is a registered trademark of Bayer AG, licensed to Alcon, Inc. by Bayer AG.
Rx Only
©2003, 2004, 2008, 2009 Alcon, Inc.
Revision date: 17 July 2003

### PATIENT INFORMATION

CIPRODEX® (CI-PRO-DEX)
(ciprofloxacin 0.3% and dexamethasone 0.1%)
Sterile Otic Suspension

---

## IMPORTANT PATIENT INFORMATION AND INSTRUCTIONS. READ BEFORE USE.

### What is CIPRODEX® Otic?

CIPRODEX® Otic is an antibiotic/steroid combination product in a sterile suspension used to treat:

- **Middle Ear Infection with Drainage Through a Tube in Children 6 months and older:** A middle ear infection is a bacterial infection behind the eardrum. People with a tube in the eardrum may notice drainage from the ear canal.

- **Outer Ear Canal Infection in Patients 6 months and older:** An outer ear canal infection, also known as "Swimmer's Ear", is a bacterial infection of the outer ear canal. The ear canal and the outer part of the ear may swell, turn red, and be painful. Also, a fluid discharge may appear in the ear canal.

### Who should NOT use CIPRODEX® Otic?

- Do not use this product if allergic to ciprofloxacin or to other quinolone antibiotics
- Do not use this product if allergic to dexamethasone or to other steroids
- Do not give this product to pediatric patients who are less than 6 months old.

### How often should CIPRODEX® Otic be given?

CIPRODEX® Otic ear drops should be given 2 times each day (about 12 hours apart, for example, 8 AM and 8 PM) in each infected ear unless the doctor has instructed otherwise. The best times to use the ear drops are in the morning and at night. It is very important to use the ear drops for as long as the doctor has instructed, **even if the symptoms improve.** If CIPRODEX® Otic ear drops are not used for as long as the doctor has instructed, the infection may return.

### What if a dose is missed?

If a dose of CIPRODEX® Otic is missed, it should be given as soon as possible. If it is almost time for the next dose, skip the missed dose and go back to the regular dosing schedule. Do not use a double dose unless the doctor has instructed you to do so. If the infection is not improved after one week, you should consult your doctor. If you have two or more episodes of drainage within six months, it is recommended you see your doctor for further evaluation.

### What activities should be avoided while using CIPRODEX® Otic?

It is important that the infected ear(s) remain clean and dry. When bathing, avoid getting the infected ear(s) wet. Avoid swimming unless the doctor has instructed otherwise.

### What are the possible side effects of CIPRODEX® Otic?

During the testing of CIPRODEX® Otic for middle ear infections, the most common side effect related to CIPRODEX® Otic use, ear discomfort that occurred in up to 3 out of 100 patients. Other common side effects were: ear pain; ear precipitate (residue); irritability; and abnormal taste. During the testing of CIPRODEX® Otic for ear canal infections, the most common side effect related to CIPRODEX® Otic was itching of the ear that occurred in 1 to 2 out of 100 patients. Other common side effects were: ear debris; ear infection in the treated ear; ear congestion; ear pain; and rash.

If any of these side effects persist, call the doctor.

If an allergic reaction to CIPRODEX® Otic occurs, stop using the product and contact your doctor.

### DO NOT TAKE BY MOUTH

If CIPRODEX® Otic is accidentally swallowed or overdose occurs, call the doctor immediately. This medicine is available only with a doctor's prescription. Use only as directed. Do not use this medicine if outdated. If you wish to learn more about CIPRODEX® Otic, call your doctor or pharmacist.

### HOW SUPPLIED

CIPRODEX® Otic is supplied as follows. 7.5 mL fill in a DROP-TAINER® system. The DROP-TAINER® system consists of a natural polyethylene bottle and natural plug, with a white polypropylene closure. Tamper evidence is provided with a shrink band around the closure and neck area of the package.
NDC 0065-8533-02, 7.5 mL fill

### Storage:

Store at controlled room temperature, 15°C to 30°C (59°F to 86°F). Avoid freezing. Protect from light.
U.S. Patent Nos. 6,284,804; 6,359,016
Licensed to Alcon, Inc. by Bayer Schering Pharma AG.
CIPRODEX is a registered trademark of Bayer AG, licensed to Alcon, Inc. by Bayer AG.
Rx Only
©2003, 2004, 2008, 2009 Alcon, Inc.

---

### How should CIPRODEX® Otic be given?

| 1. Wash hands | 2. Warm & shake bottle | 3. Add drops | |
|---|---|---|---|

   

The person giving CIPRODEX® Otic should wash his/her hands with soap and water.

Hold the bottle of CIPRODEX® Otic in the hand for 1 or 2 minutes to warm the suspension, then shake well.

For the person receiving CIPRODEX® Otic should lie on his/her side with the infected ear up.

Patients should have 4 drops of CIPRODEX® Otic put into the infected ear. The tip of the bottle should not touch the fingers or the ear, or any other surfaces.

**BE SURE TO FOLLOW INSTRUCTIONS BELOW FOR THE PATIENT'S SPECIFIC EAR INFECTION.**

| 4. For Patients with Middle Ear Infection with Tubes: | 5. For Patients with Outer Ear Infection ("Swimmer's Ear"): | 6. Stay on side |
|---|---|---|

  

While the person receiving CIPRODEX® Otic lies on his/her side, the person giving the drops should gently press the tragus (see diagram) 5 times in a pumping motion. This will allow the drops to pass through the tube and into the middle ear.

While the person receiving the drops lies on his/her side, the person giving the drops should gently pull the outer ear lobe upward and backward. This will allow the ear drops to flow down into the ear canal.

The person who received the ear drops should remain on his/her side for 60 seconds.

Repeat Steps 2-5 for the other ear if both ears are infected.



# EXHIBIT E

## REQUEST SAMPLES AND SAVINGS CARDS FOR YOUR PATIENTS

*Pazeo*®
(olopatadine hydrochloride
ophthalmic solution) 0.7%

**To:** James Moss

**Fax #:** (847) 390-0001    **From: Alcon**

**Date:** January 28, 2016    **Pages: 4**

**Re: Fax Back to Request PAZEO® Solution Samples and Savings Cards***

### ONCE-DAILY PAZEO® SOLUTION
# LONG-LASTING OCULAR ALLERGY ITCH RELIEF WITH 24 HOURS OF STAYING POWER[1]



- The first and only FDA-approved once-daily drop with demonstrated 24-hour ocular allergy itch relief[1]

- Statistically significantly improved relief of ocular itching compared to PATADAY® (olopatadine hydrochloride ophthalmic solution) 0.2% at 24 hours post dose (not statistically significantly different at 30-34 minutes)[1]

**Study design:** Two multicenter, randomized, double-masked, parallel group, vehicle- and active-controlled studies in patients at least 18 years of age with allergic conjunctivitis using the conjunctival allergen challenge (CAC) model (N=547). Patients were randomized to receive study drug or vehicle, 1 drop per eye on each of 2-3 assessment days. On separate days, antigen challenge was performed at 27 (+1) minutes post dose to assess onset of action, at 16 hours post dose (Study 1 only), and at 24 hours post dose. Itching scores were evaluated using a half-unit scale from 0=none to 4=incapacitating itch, with data collected 3, 5, and 7 minutes after antigen instillation. The primary objectives were to demonstrate the superiority of **PAZEO® Solution** for the treatment of ocular allergy itch. Study 1: **PAZEO® Solution** vs vehicle at onset of action and 16 hours. Study 2: **PAZEO® Solution** vs vehicle at onset of action; **PAZEO® Solution** vs PATADAY® Solution, PATANOL® (olopatadine hydrochloride ophthalmic solution) 0.1%, and vehicle at 24 hours.[1-3]

- The safety and effectiveness of **PAZEO® Solution** have been established in patients 2 years of age and older[1]

## INDICATION AND DOSING
PAZEO® Solution is indicated for the treatment of ocular itching associated with allergic conjunctivitis.

The recommended dosage is to instill one drop in each affected eye once a day.

## IMPORTANT SAFETY INFORMATION
As with any eye drop, care should be taken not to touch the eyelids or surrounding areas with the dropper tip of the bottle to prevent contaminating the tip and solution. Keep bottle tightly closed when not in use.

Patients should not wear a contact lens if their eye is red. PAZEO® Solution should not be used to treat contact lens-related irritation. The preservative in PAZEO® Solution, benzalkonium chloride, may be absorbed by soft contact lenses. Patients who wear soft contact lenses and whose eyes are not red should be instructed to wait at least five minutes after instilling PAZEO® Solution before they insert their contact lenses.

The most commonly reported adverse reactions in a clinical study occurred in 2%-5% of patients treated with either PAZEO® Solution or vehicle. These events were blurred vision, dry eye, superficial punctate keratitis, dysgeusia, and abnormal sensation in eye.

**For additional information on PAZEO® Solution, please refer to the accompanying full Prescribing Information.**

**References: 1.** PAZEO® Solution Package Insert. **2.** Data on file, 2011. **3.** Data on file, 2013.

*Requests for samples are subject to approval.*

## To request samples and savings cards, simply fill out and fax back the completed accompanying form.

*This offer is not valid for patients who are enrolled in Medicare Part D, Medicaid, Medigap, VA, DOD, Tricare, or any government-run or government-sponsored healthcare program with a pharmacy benefit. Complete terms and conditions available on savings materials.

If you have received this fax transmission in error or wish to be removed from our list, please call 1-888-681-5252, enter document number 700271 and follow the prompts, or fax a copy of this document to 1-866-248-5116.



a Novartis company    Olopatadine is licensed from Kyowa Hakko Kirin Co., Ltd. Japan
© 2015 Novartis    08/15    PAZ15082FAX

Alcon Laboratories, Inc.
6201 South Freeway, Fort Worth, TX 76134-2099
T: 817.293.0450
www.alcon.com



## Incomplete requests will not be reviewed.

## Sample Request Form

*Requests are subject to approval by Alcon. Submit only one request form per facility.*

**ACCT#**          **APIN#** 0227235                                      201501959019
**FACILITY NAME**
**DOCTOR'S NAME**  James Moss
**ADDRESS**  800 Biesterfield Rd
**CITY ST ZIP**  Elk Grove Vlg, IL  60007

State License # _____    Phone # _____    Fax # _____

| NDC# | PRODUCT NAME | QTY |
|---|---|---|
| 0065-4273-27 | PAZEO® (olopatadine hydrochloride ophthalmic solution) 0.7% 0.5 mL | 4 |

## SHIPMENT INFORMATION

Please send a one-time shipment.

## You must check the box below to be eligible to receive samples

☐ I confirm that:

• I am authorized by federal and state law to prescribe these medications;
• I understand that samples must not be sold, bartered or billed to any patient, payer or third party; and
• I routinely prescribe the products I am requesting in accordance with the FDA-approved indications.


Healthcare Provider's Signature: _____
                                    (No stamps or duplications)
Medical Designation: _____Date: _____

Collaborative Agreement Required: YES or NO (please circle)
If yes, collaborating physician's name: _____
State License # _____

**FDA Requirements:** The recipient of Rx sample shipments must sign and return an acknowledgement of receipt and confirmation of contents as indicated on the packing list of each shipment.

# Fax # 1-855-815-9301      Phone # 1-800-451-3937

AC:P5                                          © 2015 Novartis      08/15    PAZ15082FAX

a Novartis company

# Pazeo®
(olopatadine hydrochloride ophthalmic solution) 0.7%

## HIGHLIGHTS OF PRESCRIBING INFORMATION
These highlights do not include all the information needed to use PAZEO® safely and effectively. See full prescribing information for PAZEO.

**PAZEO (olopatadine hydrochloride ophthalmic solution) 0.7%**
For topical ophthalmic administration.
Initial U.S. Approval: 1996

----------------------------INDICATIONS AND USAGE----------------------------
PAZEO is a mast cell stabilizer indicated for the treatment of ocular itching associated with allergic conjunctivitis. (1)

----------------------------DOSAGE AND ADMINISTRATION----------------------------
The recommended dose is one drop in each affected eye once a day (2)

----------------------------DOSAGE FORMS AND STRENGTHS----------------------------
Ophthalmic solution: 7.76 mg of olopatadine hydrochloride in one mL of solution (0.7%) in a four mL bottle. (3)

----------------------------CONTRAINDICATIONS----------------------------
None.

----------------------------WARNINGS AND PRECAUTIONS----------------------------
Contamination of the Tip and Solution. To prevent contaminating the dropper tip and solution, do not touch the eyelids or surrounding areas with the dropper tip of the bottle. (5.1)

----------------------------ADVERSE REACTIONS----------------------------
The most common adverse reactions (2-5%) were blurred vision, superficial punctate keratitis, dry eye, abnormal sensation in eye, and dysgeusia. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Alcon Laboratories, Inc. at 1-800-757-9195 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

See 17 for PATIENT COUNSELING INFORMATION and FDA approved patient labeling.

Revised: 1/2015

---

## FULL PRESCRIBING INFORMATION: CONTENTS*

1    INDICATIONS AND USAGE
2    DOSAGE AND ADMINISTRATION
3    DOSAGE FORMS AND STRENGTHS
4    CONTRAINDICATIONS
5    WARNINGS AND PRECAUTIONS
6    ADVERSE REACTIONS
8    USE IN SPECIFIC POPULATIONS
     8.1    Pregnancy
     8.3    Nursing Mothers
     8.4    Pediatric Use
     8.5    Geriatric Use

11    DESCRIPTION
12    CLINICAL PHARMACOLOGY
      12.1  Mechanism of Action
      12.3  Pharmacokinetics
13    NONCLINICAL TOXICOLOGY
      13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
14    CLINICAL STUDIES
16    HOW SUPPLIED/STORAGE AND HANDLING
17    PATIENT COUNSELING INFORMATION

*Sections or subsections omitted from the full prescribing information are not listed

---

## FULL PRESCRIBING INFORMATION

### 1    INDICATIONS AND USAGE
PAZEO is indicated for the treatment of ocular itching associated with allergic conjunctivitis.

### 2    DOSAGE AND ADMINISTRATION
The recommended dosage of PAZEO is to instill one drop in each affected eye once a day.

### 3    DOSAGE FORMS AND STRENGTHS
Ophthalmic solution: 7.76 mg of olopatadine hydrochloride in one mL solution (0.7%) in a 4 mL bottle.

### 4    CONTRAINDICATIONS
None.

### 5    WARNINGS AND PRECAUTIONS
**5.1 Contamination of Tip and Solution**
As with any eye drop, care should be taken not to touch the eyelids or surrounding areas with the dropper tip of the bottle to prevent contaminating the tip and solution. Keep bottle tightly closed when not in use.

**5.2 Contact Lens Use**
Patients should not wear a contact lens if their eye is red.

The preservative in PAZEO solution, benzalkonium chloride, may be absorbed by soft contact lenses. Patients who wear soft contact lenses and whose eyes are not red, should be instructed to wait at least five minutes after instilling PAZEO before they insert their contact lenses.

### 6    ADVERSE REACTIONS
**6.1 Clinical Trials Experience**
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

In a randomized, double-masked, vehicle-controlled trial, patients at risk for developing allergic conjunctivitis received one drop of either PAZEO (N=330) or vehicle (N=169) in both eyes for 6 weeks. The mean age of the population was 32 years (range 2 to 74 years). Thirty-five percent were male. Fifty-three percent had brown iris color and 23% had blue iris color. The most commonly reported adverse reactions occurred in 2-5% of patients treated with either PAZEO or vehicle. These events were blurred vision, dry eye, superficial punctate keratitis, dysgeusia and abnormal sensation in eye.

### 8    USE IN SPECIFIC POPULATIONS
**8.1 Pregnancy**
*Risk Summary*
There are no adequate or well-controlled studies with PAZEO Solution in pregnant women. Olopatadine caused maternal toxicity and embryofetal toxicity in rats at levels 1,080 to 14,400 times the maximum recommended human ophthalmic dose (MRHOD). There was no toxicity in rat offspring at exposures estimated to be 45 to 150 times that at MRHOD. Olopatadine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

*Animal Data*
In a rabbit embryofetal study, rabbits treated orally at 400 mg/kg/day during organogenesis showed a decrease in live fetuses. This dose is 14,400 times the MRHOD, on a mg/m² basis.

An oral dose of 600 mg/kg/day olopatadine (10,800 times the MRHOD) was shown to be maternally toxic in rats, producing death and reduced maternal body weight gain. When administered to rats throughout organogenesis, olopatadine produced cleft palate at 60 mg/kg/day (1080 times the MRHOD) and decreased embryofetal viability and reduced fetal weight in rats at 600 mg/kg/day. When administered to rats during late gestation and throughout the lactation period, olopatadine produced decreased neonatal survival at 60 mg/kg/day and reduced body weight gain in offspring at 4 mg/kg/day. A dose of 2 mg/kg/day olopatadine produced no toxicity in rat offspring. An oral dose of 1 mg/kg olopatadine in rats resulted in a range of systemic plasma area under the curve (AUC) levels that were 45 to 150 times higher than the observed human exposure [9.7 ng·hr/mL] following administration of the recommended human ophthalmic dose.

**8.3 Nursing Mothers**
Olopatadine has been identified in the milk of nursing rats following oral administration. Oral administration of olopatadine doses at or above 4 mg/kg/day throughout the lactation period produced decreased body weight gain in rat offspring; a dose of 2 mg/kg/day olopatadine produced no toxicity. An oral dose of 1 mg/kg olopatadine in rats resulted in a range of systemic plasma area under the curve (AUC) levels that were 45 to 150 times higher than the observed human exposure [9.7 ng·hr/mL] following administration of the recommended human ophthalmic dose. It is not known whether topical ocular administration could result in sufficient systemic absorption to produce detectable quantities in the human breast milk. Nevertheless, caution should be exercised when PAZEO is administered to a nursing mother.

#### 8.4 Pediatric Use

The safety and effectiveness of PAZEO have been established in pediatric patients two years of age and older. Use of PAZEO in these pediatric patients is supported by evidence from adequate and well-controlled studies of PAZEO in adults and an adequate and well controlled study evaluating the safety of PAZEO in pediatric and adult patients.

#### 8.5 Geriatric Use

No overall differences in safety and effectiveness have been observed between elderly and younger patients.

### 11 DESCRIPTION

PAZEO is a sterile ophthalmic solution containing olopatadine, which is a mast cell stabilizer, for topical administration to the eyes. Olopatadine hydrochloride is a white, crystalline, water-soluble powder with a molecular weight of 373.88 and a molecular formula of $C_{21}H_{23}NO_3 \cdot HCl$.

The chemical structure is presented below:



Chemical Name: 11-[(Z)-3-(dimethylamino) propylidene]-6-11dihydrodibenz[b,e] oxepin-2-acetic acid, hydrochloride.

Each mL of PAZEO solution contains an active ingredient: 7.76 mg of olopatadine hydrochloride (7 mg olopatadine)] and the following inactive ingredients: povidone; hydroxypropyl-gamma-cyclodextrin; polyethylene glycol 400; hydroxypropyl methylcellulose; boric acid; mannitol; benzalkonium chloride 0.015% (preservative); hydrochloric acid/sodium hydroxide (to adjust pH); and purified water.

PAZEO solution has a pH of approximately 7.2 and an osmolality of approximately 300 mOsm/kg.

### 12 CLINICAL PHARMACOLOGY

#### 12.1 Mechanism of Action

Olopatadine is a mast cell stabilizer and a histamine $H_1$ antagonist. Decreased chemotaxis and inhibition of eosinophil activation has also been demonstrated.

#### 12.3 Pharmacokinetics

In healthy subjects, topical ocular dosing of 1 drop of PAZEO once daily for 7 days into both eyes resulted in mean ± SD (range) steady state plasma olopatadine $C_{max}$ and $AUC_{0-t}$ of 1.6 ± 0.9 ng/mL (0.6 to 4.5 ng/mL) and 9.7 ± 4.4 ng*h/mL (3.7 to 21.2 ng*h/mL), respectively. The olopatadine $C_{max}$ and $AUC_{0-t}$ after the first dose were similar to those measured on day 7 in these subjects, suggesting that there was no systemic accumulation of olopatadine after repeated topical ocular dosing with PAZEO. The median (range) time to achieve peak olopatadine concentrations ($T_{max}$) was 2.0 hours (0.25 to 4 hours). The mean ± SD (range) elimination half-life of olopatadine was 3.4 ± 1.2 hours (2 to 8 hours). N-oxide olopatadine (M3) was detected during the first 4 hours after bilateral topical ocular dosing of PAZEO in approximately half of the subjects and in less than 10% of the total plasma samples collected, at concentrations not exceeding 0.121 ng/mL on day 1 and 0.174 ng/mL on day 7. None of the plasma samples from these subjects had mono-desmethyl olopatadine (M1) concentrations that were above the lower limit of quantitation (0.05 ng/mL) of the PK assay.

### 13 NONCLINICAL TOXICOLOGY

#### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

*Carcinogenicity*

Olopatadine administered orally was not carcinogenic in mice and rats in doses up to 500 mg/kg/day and 200 mg/kg/day, respectively. Based on a 35 μL drop size and a 60 kg person, these doses are approximately 4,500 and 3,600 times the MRHOD, on a mg/m² basis.

*Mutagenesis*

No mutagenic potential was observed when olopatadine was tested in an *in vitro* bacterial reverse mutation (Ames) test, an *in vitro* mammalian chromosome aberration assay or an *in vivo* mouse micronucleus test.

*Impairment of fertility*

Olopatadine administered at an oral dose of 400 mg/kg/day (approximately 7,200 times the MRHOD) produced toxicity in male and female rats, and resulted in a decrease in the fertility index and reduced implantation rate. No effects on reproductive function were observed at 50 mg/kg/day (approximately 900 times the MRHOD).

### 14 CLINICAL STUDIES

The efficacy of PAZEO was established in two randomized, double-masked, placebo-controlled, conjunctival allergen challenge (CAC) clinical studies in patients with a history of allergic conjunctivitis (Studies 1 and 2).

In Study 1, patients were randomized to receive one of the following study treatments: PAZEO, PATADAY, or vehicle ophthalmic solutions. In Study 2, patients were randomized to receive one of the following study treatments: PAZEO, PATADAY, PATANOL, or vehicle ophthalmic solutions. Patients were evaluated with an ocular itching severity score ranging from 0 (no itching) to 4 (incapacitating itch) at several time points after CAC administration. Table 1 displays the mean

ocular itching severity scores after ocular administration of a specific antigen using the CAC model in Studies 1 and 2, respectively. A one unit difference compared to vehicle is considered a clinically meaningful change in the ocular itching severity score.

PAZEO demonstrated statistically significantly improved relief of ocular itching compared to vehicle at 30-34 minutes, 16 hours, and 24 hours after study treatment. PAZEO demonstrated statistically significantly improved relief of ocular itching compared to PATADAY at 24 hours after study treatment, but not at 30-34 minutes after study treatment.

**Table 1. Itching Scores by Treatment Group and Treatment Difference\* in Mean Itching**

| | Time Point | PAZEO (Olopatadine, 0.7%) | PATADAY (Olopatadine, 0.2%) | | Vehicle | |
|---|---|---|---|---|---|---|
| **Study 1** | | (N = 66) | (N = 65) | | (N = 66) | |
| | | Mean | Mean | Difference (95% CI) | Mean | Difference (95% CI) |
| **Onset** | 3 mins | 0.36 | 0.39 | -0.02 (-0.31, 0.26) | 1.90 | -1.54 (-1.82, -1.25) |
| | 5 mins | 0.53 | 0.61 | -0.08 (-0.39, 0.22) | 2.06 | -1.53 (-1.84, -1.22) |
| | 7 mins | 0.48 | 0.61 | -0.13 (-0.44, 0.17) | 1.97 | -1.49 (-1.80, -1.18) |
| **16h** | 3 mins | 0.70 | 0.87 | -0.17 (-0.44, 0.11) | 2.20 | -1.50 (-1.77, -1.23) |
| | 5 mins | 0.79 | 1.04 | -0.24 (-0.55, 0.07) | 2.27 | -1.48 (-1.79, -1.16) |
| | 7 mins | 0.75 | 0.98 | -0.23 (-0.54, 0.08) | 2.13 | -1.38 (-1.69, -1.07) |
| **24h** | 3 mins | 0.93 | 1.41 | -0.18 (-0.76, -0.20) | 2.54 | -1.61 (-1.88, -1.33) |
| | 5 mins | 1.10 | 1.52 | -0.42 (-0.72, -0.12) | 2.62 | -1.51 (-1.81, -1.21) |
| | 7 mins | 1.09 | 1.50 | -0.41 (-0.72, -0.10) | 2.50 | -1.41 (-1.72, -1.11) |
| | | | | | | |
| **Study 2** | | (N = 98) | (N = 99) | | (N = 49) | |
| **Onset** | 3 mins | 0.38 | 0.47 | -0.09 (-0.28, 0.09) | 1.91 | -1.53 (-1.76, -1.30) |
| | 5 mins | 0.53 | 0.61 | -0.08 (-0.29, 0.12) | 1.99 | -1.46 (-1.71, -1.22) |
| | 7 mins | 0.65 | 0.61 | 0.04 (-0.18, 0.26) | 1.82 | -1.17 (-1.45, -0.90) |
| **24h** | 3 mins | 1.01 | 1.33 | -0.31 (-0.57, -0.06) | 2.30 | -1.29 (-1.60, -0.97) |
| | 5 mins | 1.22 | 1.48 | -0.26 (-0.51, -0.01) | 2.37 | -1.15 (-1.46, -0.84) |
| | 7 mins | 1.25 | 1.41 | -0.16 (-0.42, 0.11) | 2.14 | -0.89 (-1.22, -0.57) |

\* Mean score estimates, treatment differences and corresponding 95% confidence intervals (CIs) were based on analysis of repeated measures using a mixed model with itching scores from each eye (left or right) as the dependent variable and fixed effect terms for investigator, treatment, eye-type (left or right), time, and treatment-by-time interaction; The ocular itching score range is 0-4, where 0 is none and 4 is incapacitating itch.

### 16 HOW SUPPLIED/STORAGE AND HANDLING

PAZEO (olopatadine hydrochloride ophthalmic solution) 0.7% is supplied in a white, oval, low density polyethylene DROP-TAINER® dispenser with a natural low density polyethylene dispensing plug and a white polypropylene cap. Tamper evidence is provided with a shrink band around the closure and neck area of the package. PAZEO is supplied in a 4 mL bottle that contains 2.5 mL of olopatadine hydrochloride ophthalmic solution [7.76 mg of olopatadine hydrochloride in one mL of solution (0.7%)].

NDC 0065-4273-25

**Storage:** Store at 2°C to 25°C (36°F to 77°F). Keep bottle tightly closed when not in use.

### 17 PATIENT COUNSELING INFORMATION

- **Risk of Contamination:** Advise patients to not touch dropper tip to eyelids or surrounding areas, as this may contaminate the dropper tip and ophthalmic solution.
- **Concomitant Use of Contact Lenses:** Advise patients not to wear contact lenses if their eyes are red. Advise patients that PAZEO should not be used to treat contact lens-related irritation. Advise patients to remove contact lenses prior to instillation of PAZEO. The preservative in PAZEO solution, benzalkonium chloride, may be absorbed by soft contact lenses. Lenses may be reinserted 5 minutes following administration of PAZEO.

Patents: 8,791,154

**Alcon**®

ALCON LABORATORIES, INC.
Fort Worth, Texas 76134 USA
© 2015 Novartis.

9001443-0115-PROMO

© 2015 Novartis  2/15  PAZ15026PI

\*Trademark of Novartis