William B. Hayes, Esq.
257 Jackson Street
Denver, Colorado 80206
Phone: (303) 514 0658
*Attorney for WestFax, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT ILLINOIS

| | |
|---|---|
| DIMENSIONS MEDICAL CENTER, LTD.<br><br>                          Plaintiff,<br><br>  vs.<br><br>ALCON LABORATORIES, INC. et al.<br><br>                          Defendants | Civ. Action No: 16-cv-04539 |

## STATUS UPDATE DISCOVERY

This Status Update is submitted to the Court on behalf of WestFax, Inc. ("WestFax"). The Court ordered WestFax's counsel to enter his appearance and for WestFax to respond to the Plaintiff's subpoena. WestFax has responded to the subpoena. Plaintiff's counsel is seeking documents and records from WestFax that it does not have and abusing and berating WestFax and its counsel in the process. Westfax will make additional searches but Plaintiff's counse has not given WestFax information to enable WestFax to make a further search.

As background:

1. Plaintiff's legal counsel is a serial filer of TCPA fax class action cases;

2. WestFax is a reputable company and for 20 years has offered fax broadcasting and other services to its customers. Faxing is legal. Per TCPA and its Regulations:

    a. The "sender" of the fax advertisement (i.e. the person whose goods and services are advertised in the fax) is solely responsible for complying with the law;

    b. The TCPA and its Regulations impose no obligation or responsibility upon the sender, fax broadcaster or any other person maintain any fax records;

    c. The TCPA and its Regulations impose no obligation or responsibility upon the fax broadcaster to review the content of a sender's faxes or the lists;

    d. The TCPA and Regulations instruct the fax broadcaster not to be involved with the sender's fax or list;

3. WesFax does not create faxes, review the content of faxes or offer, sell or review lists used to send faxes to the senders' recipients.

4. Each WestFax customer agrees prior to each fax broadcast that it will comply with the law.

5. Normally a WestFax customer' fax broadcast order contains an image and list of fax numbers to send the image to. A Westfax customer may use the WestFax fax broadcasting platform and upload and send the fax broadcast itself. When the broadcast is complete the fax broadcasting platform automatically creates a report and summary invoice that is sent to the customer. The WestFax customer may request a summary report, exception report or detailed report. After the broadcast is complete and the report and invoice are sent to the customer WestFax deletes all the faxing records. This improves the speed and the functioning of the fax broadcasting platform. Separate files do not have to be created or maintained for such historical data and records that have no further use or utility. This has been WestFax's normal business practice for many years.

6. When a WestFax customer is a defendant in one of Plaintiff's legal counsel's serial TCPA lawsuits WestFax normally receives a subpoena from Plaintiff's legal counsel with boilerplate requests for documents and information. Plaintiff's legal counsel is normally seeking faxes and lists or logs of recipients the faxes were sent to. WestFax has responded to 100's of such requests in the past without objection or other difficulty.

Normally, WestFax provides the Customer Agreement and Account Set-Up Form, customer reports, if any, summary invoices and anything else it may have for the Customer. If the customer has elected to use WestFax's free toll-free removal service Westfax also provides the list of recipients who have opted out of receiving future faxes from the customer. WestFax's business includes fax broadcasting and excludes maintaining, storing and retrieving historical data and records.

7. WestFax received a subpoena from Plaintiff's legal counsel in this lawsuit. However, this was not a normal situation. WestFax's response stated neither Defendants were customers of WestFax and it did not have any customer documents or information.

8. Apparently pursuant to separate discovery efforts by Plaintiff's counsel it was determined the Defendants had a customer relationship with PFN Communications ("PFN"). WestFax also responded that PFN was not a customer of WestFax and it did not have any customer documents or information.

9. Apparently pursuant to separate discovery efforts by Plaintiff's counsel it was determined that several other third parties may have been acting on behalf of the Defendants. One third party so identified, Digital Messaging Solutions ("DMS") is a customer of WestFax.

10. DMS has responded to Plaintiff's counsel that it does not send faxes. DMS sends any orders for faxing that it may receive from its customers to WestFax for fax broadcasting and other WestFax services. DMS is unaware of the content of the images it receive3s and whether the images include any advertisements. DMS also responded that the Defendants were not customers of DMS and DMS did not have any customer documents or information.

11. Apparently PFN has dozens of medical customers that send orders to PFN. PFN is a customer of DMS and uses DMS for email and other services DMS offers. If any of the PFN orders involve fax broadcasting and related services then DMS uploads the orders to

WestFax.

12. The orders DMS receives from PFN for fax broadcasting do not identify the PFN customer and the orders DMS uploads to WestFax do not identify a specific customer either. DMS uploads many orders to WestFax for many different customers and for different services.

13. The business relationship and course of dealing between DMS and WestFax is many years old. To transmit the fax broadcast DMS uploads the order itself online to Westfax.

14. WestFax sends DMS a summary report for each fax broadcast promptly after the order is transmitted and a monthly invoice at the end of each month for the aggregate of all services performed by WestFax for that month for DMS. DMS pays the invoice. The summary reports do not include the content of the fax or fax numbers or identify which PFN customer the order is for. The summary reports are not kept by WestFax.

15. WestFax's monthly invoices include all the orders for the month but do not identify a specific customer of DMS or PFN (including the Defendants) that an order may have been transmitted for. WestFax never received such information.

16. In an abundance of caution WestFax supplemented its response and gave Plaintiff's counsel all of invoices for DMS for 2016 and 2017 even though these invoices do not specify who the underlying PFN customer may have been or whether the content to be faxed was an advertisement or not.

17. WestFax understands PFN has many customers other than the Defendants.

Plaintiff's counsel Daniel Cohen has interjected himself into the discovery and made allegations that WestFax is withholding records or misleading him. This is untrue. WestFax has attempted to explain to him the degrees of separation between Defendants and WestFax and the futility of his efforts. WestFax will continue to make reasonable efforts to explain and demonstrate the situation.

The Defendants are not customers of WestFax. PFN who may have a relationship with the Defendants is not a customer WestFax either. Although DMS is a customer of WestFax the WestFax invoices provided to Plaintiff's counsel demonstrate DMS uploads 1000's of orders to Westfax each year for multiple unidentified DMS customers for faxing and other WestFax services.

The underlying customers or senders in the orders are not identified and WestFax has no customer records or method to determine who the underlying customers or senders may have been, what the content or purpose of the content was or any records for the transmissions.

In summary, WestFax is a neutral third-party fax broadcaster and several degrees separated from the Plaintiff and Defendants. It is unknown why Plaintiff's counsel has not requested such records from the Defendants or PFN. WestFax responded with information and records for its customer DMS. Any connection that WestFax may have to the Defendants through third parties is unknown and WestFax does not have any documents, records or information relevant to this lawsuit. Lastly, Plaintiff's counsel has not given WestFax any information or records that would enable Westfax to further respond.

WestFax would respectfully request this Court to require Plaintiff's counsel to state what it is WestFax may have that was a part of the Subpoena and has not been responded to and to demonstrate how such information and records requested, if any, is relevant to the lawsuit and proportional.

Dated: January 28, 2018

> */s/ William B. Hayes*
> William B. Hayes, Esq.
> Attorney WestFax, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2018, I caused a copy of the foregoing to be filed using the Court's CM/ECF system which automatically sends notification of such filing to all counsel of record.


Dated: January 26, 2018                           /s/ William B. Hayes
                                                                                Attorney for WestFax, Inc.