

**PARKHURST NUVISION**

9725 Datapoint Dr., Suite 106, San Antonio, TX 78229
O: 210.585.2020  F: 210.249.0209
LASIK | VISIAN ICL | LASER CATARACT SURGERY | OCULOPLASTICS

9/2/2020

**FILED**

SEP 09 2020

Judge Thomas M. Durkin
United States District Court

Honorable Thomas M. Durkin - Eastern Division

Everett McKinley Dirksen United States Courthouse

219 South Dearborn Street

Courtroom: 1441 Chamber: 1446

Chicago, IL 60604

To Whom It May Concern:

Please exclude me (Class Member Identification Number: 14773655) from the class action and settlement regarding America's Health & Resource Center, et al. v. Alcon Laboratories, Inc., et al. Thank you.

Sincerely,

Mina Vanrachack, OD
Doctor of Optometry
Parkhurst Nuvision

PNV_____ Updated _____